Gerald L. Warren, OSB #814146
*gwarren@geraldwarrenlaw.com*
901 Capitol St. NE
Salem, OR  97301
  Telephone: (503) 480-7252
  Fax: (503) 779-2716
   Attorney for Defendant City of Grants Pass

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| DEBRA BLAKE, an individual, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF GRANTS PASS,<br><br>               Defendant. | Case No. 1:18-cv-01823-CL<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN APPEARANCE** |

### LR 7-1 CERTIFICATION

Counsel for defendant has conferred with Mr. Ed Johnson, one of the attorneys for plaintiff, by email on October 25, 2015 and requested an extension until December 12, 2018 to file an appearance by way of Answer or Motion.  Mr. Johnson advised that plaintiff does not object to an extension.

### MOTION

Defendant moves the Court for a 30-day extension from the current due date of November 12, 2018 to December 12, 2018 for the defendant to file its Answer or Motion to plaintiff's Complaint.  Counsel for the defendant will need the additional time to file an

appearance on behalf of defendant due to the need to obtain and review all records and to meet with my client representatives, and other scheduling and holiday conflicts.

This Motion is not made for any improper purpose or unreasonable delay but is based upon legitimate scheduling needs.

DATED this 29th day of October, 2018.

_____s/ Gerald L. Warren_____
Gerald L. Warren, OSB #814146
Attorney for Defendant City of Grants Pass

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN APPEARANCE on:

>Walter F. Fonseca
>Oregon Law Center
>P.O. Box 429
>Grants Pass, OR 97528
>
>Edward Johnson
>Oregon Law Center
>522 SW 5th Ave., Ste. 812
>Portland, OR 97204
>       Attorneys for Plaintiffs

by the following indicated method or methods:

☒ by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

☐ by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

☐ by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to each attorney's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 29th day of October, 2018.

>                  s/ Gerald L. Warren
>Gerald L. Warren, OSB #814146
>Attorney for Defendant City of Grants Pass