**Walter Fonseca**, OSB # 136349
**Eric T. Dahlin,** OSB #945439
wfonseca@oregonlawcenter.org
edahlin@oregonlawcenter.org
**OREGON LAW CENTER**
424 NW Sixth Street, Suite 102
Grants Pass, OR 97528
Phone (541) 476-2154
Fax (541) 476-4478

**Edward Johnson,** OSB # 965737
ejohnson@oregonlawcenter.org
**OREGON LAW CENTER**
522 SW Fifth Ave, Suite 812
Portland, OR 97204
Phone (503) 473-8310

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **DEBRA BLAKE, GLORIA JOHNSON, JOHN LOGAN,** individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF GRANTS PASS**,<br><br>Defendant. | Case No. 1:18-cv-01823-CL<br><br>**DECLARATION OF EDWARD JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Edward Johnson, declare as follows:

    1. I am an attorney representing the plaintiffs in this matter. This Declaration is offered to present deposition and trial transcript testimony to the Court in support of plaintiffs' motion for summary judgment.

1 DECLARATION OF EDWARD JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

2. Attached to this Declaration and marked Exhibit 1 are excerpts from the deposition testimony of Grants Pass City Manager Aaron Cubic taken on behalf of Plaintiffs in Grants Pass, Oregon on November 1, 2019. Included is the transcript certification page signed by Certified Court Reporter Deana R. Mead on November 12, 2019.

3. Attached to this Declaration and marked Exhibit 2 are excerpts from the deposition testimony of Grants Pass Gospel Rescue Mission Director of Operations Brian Bouteller taken on behalf of Plaintiffs in Grants Pass, Oregon on October 17, 2019. Included is the transcript certification page signed by Certified Court Reporter Denise C. Zito Smith on November 4, 2019.

4. Attached to this Declaration and marked Exhibit 3 is a true and correct copy of the "Resident Covenant House Rules" for the Gospel Rescue Mission in Grants Pass. This exhibit was authenticated by Brian Bouteller and was Exhibit 40 to his deposition.

5. Attached to this Declaration and marked Exhibit 4 are excerpts from the deposition testimony of Grants Pass Deputy Police Chief Jim Hamilton taken on behalf of Plaintiffs in Grants Pass, Oregon on October 16, 2019. Included is the transcript certification page signed by Certified Court Reporter Deana R. Mead on October 30, 2019.

6. Attached to this Declaration and marked Exhibit 5 are excerpts from the deposition testimony of Grants Pass police officer Jason McGinnis taken on behalf of Plaintiffs in Grants Pass, Oregon on October 16, 2019. Included is the transcript certification page signed by Certified Court Reporter Deana R. Mead on October 30, 2019.

7. Attached to this Declaration and marked Exhibit 6 are excerpts from the deposition testimony of retired Grants Pass police officer Dennis Burge taken on behalf of Plaintiffs in

Grants Pass, Oregon on October 16, 2019.  Included is the transcript certification page signed by Certified Court Reporter Deana R. Mead on October 30, 2019.

8.  Attached to this Declaration and marked Exhibit 7 is an excerpt from the trial testimony of Grants Pass police officer Tim Artoff given on behalf of the prosecution in the trial of class member Colleen Bannon for illegal camping in case number 19VI94880, *State v. Bannon*.  Included is the transcript certification page signed by Certified Court Reporter Eleanor Knapp on November 11, 2019.

9.  Attached to this Declaration and marked Exhibit 8 are the City's answers to Plaintiffs' Interrogatories in this matter.

10.  Attached to this Declaration and marked as Exhibit 9 are publicly available documents that I obtained from the Oregon Electronic Court Information (OECI) website.  They are true and accurate copies of those court records and plaintiffs request that the Court take judicial notice of them pursuant to Fed. R. Evid. 201.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 17th day of January, 2020.

    /s Edward Johnson
Edward Johnson, OSB #965737
ejohnson@oregonlawcenter.org
522 SW Fifth Ave., Suite 812
Portland, OR 97204
(503) 473-8310
Of Attorneys for Plaintiffs

3  DECLARATION OF EDWARD JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT