# OREGON UNIFORM CITATION AND COMPLAINT

Use for All Violations or Crimes Where Separate Complaint Will Not be Filed/ORS 153.045 or 133.069

- ☐ CRIME(S) (see A below)
- OR (Not Both)
- ☒ VIOLATION(S) (see B below)
- Type **OTHER**

MD04291

**STATE OF OREGON**
CITY/OTHER PUBLIC BODY **GRANTS PASS**
COUNTY OF **JOSEPHINE**
Case No. **2019-44647**
Court **JOSEPHINE CO CIRCUIT COURT**

## DEFENDANT
The undersigned certifies and says that the following person

- ID Type:
- ID No **5946762**
- State **OR**  Ph
- Name Last: **BLAKE**  First **DEBRA**  MI **LEE**
- Address:
- City:   State:   Zip:   Passenger ☐
- Sex **F**  Race **WHT**  DOB **01/30/1959**  Hgt **5'02"**  Wgt **170**  Hair **GRY**
- Eyes **BRO**  Lic Exp **2012**  Juv. ☐  Lic Class **C**  Emp. to Drive ☐

### TIME/PLACE
At the following time and place in the above-mentioned state and county

- On or About Date/Time **09/11/2019**  **07:25 AM**
- At or Near   City
- **RIVERSIDE PARK**  **GRANTS PASS**
- NB ☐  SB ☐  EB ☐  WB ☐
- Highway ☐  Premise Open to Public ☒  Other ☐

### VEHICLE  Involving the following
- Year:  Make:  Model:
- Color:  Type:
- Regis/Vin/ID#:  State:
- Accident ☐  Prop. Damage ☐  Injury ☐  Endanger Other ☐
- Com'l Veh ☐  Haz Mat ☐  Driver Not Reg. Owner ☐
- Other  Com'l Pass ☐

### OFFENSE(S) Did then and there commit the following offense(s)

- HWY Work Zone ☐  School Zone ☐  VBR ☐  Safety Corridor ☐
- Radar ☐  Pace ☐  Laser ☐  Other ☐
- Alleged Speed   Designated Speed.   Posted Limit ☐

Offense # **6.46.090**
**CAMPING IN PARKS**
Warning ☐
Presumptive Fine1 **$295.00**
Intentional ☐  Knowing ☐  Reckless ☐
Criminal Negligence ☐  No Culpable Mental State ☒

Offense # **6.46.040**
**PROHIBITED CONDUCT**
Warning ☐
Presumptive Fine2 **$295.00**
Intentional ☐  Knowing ☐  Reckless ☐
Criminal Negligence ☐  No Culpable Mental State ☒

Offense #:
Warning ☐
Presumptive Fine3
Intentional ☐  Knowing ☐  Reckless ☐
Criminal Negligence ☐  No Culpable Mental State ☐

### OTHER

Expl

### SIGNATURE
I certify under ORS 153.045 and 153.990 and under other applicable law and under penalties for false swearing, do swear/affirm that I have sufficient grounds to and do believe that the above-mentioned defendant/person committed the above offense(s) and I have served the defendant/person with this complaint

Signature of Officer: [signed]
Officer name1 **MCGINNIS, JASON**  Officer ID **54243**
Officer name2:   Officer ID:
Agency Name **GRANTS PASS DPS**
Issue Date **10/11/2019**

### YOUR COURT APPEARANCE DATE, TIME AND LOCATION ARE
**10/09/2019   09:00 AM**
Location **JOSEPHINE CO CIRCUIT COURT**
**500 NW 6TH STREET**
**GRANTS PASS   OR   97526**
**541-476-2309**

---

### DMV Use Only
**19VI143932**

RECORD AND: ☐ CIRCUIT COURT REGISTER  ☐ JUSTICE COURT DOCKET
☐ MUNICIPAL COURT DOCKET
HANDLED BY: ☐ VIOLATIONS BUREAU  ☐ COURT
BASED ON: ☐ WRITTEN SUBMISSION  ☐ APPEARANCE

| DATE | EVENT/NOTES | INITIAL |
|---|---|---|
| | COMPLAINT FILED **SEP 13 2019** | |
| | WRITTEN RESPONSE RECEIVED | |
| | ARRAIGNED  ☐ MISD.  ☐ 161.566 OR  ☐ VIOL  ☐ 161.568 (REDUCTION) | |
| | SECURITY RELEASE AT $   RECEIPT NO | |
| | COURT/JURY TRIAL   (☐ WAIVED) | |
| | CRIMINAL RIGHTS GIVEN | |
| | ATTORNEY   OSB#   (☐ WAIVED) | |
| | WARRANT ORDERED   ISSUED | |
| | DIVERSION AGREEMENT | |
| | CONTINUED TO   REASON | |
| | ☐ ORS 135.355 CONDITIONAL PLEA | |

THE ATTACHED ADDITIONS TO THIS RECORD/REGISTER ARE INCORPORATED BY REFERENCE, SEE PAGE(S) ☐ 1 (BY_____), ☐ 2 (BY_____)

### JUDGMENT OF THE COURT  (SUBMIT ABSTRACT COPY UNDER ORS 153.11)

| OFF # | RESPONSE/PLEA | CHANGE PLEA | FINDING | DETERMINATION | OFFENSE SITE | TYPE | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | G NG NC FTA | | G NG | C A DISM | | V M | A B C D OTH |
| 2 | G NG NC FTA | | G NG | C A DISM | | V M | A B C D OTH |
| 3 | G NG NC FTA | | G NG | C A DISM | | V M | A B C D OTH |

DISPOSITION ☐ 137.533 DEFERRED SENTENCE  ☐ SENT IMP SUS
☐ DR PRIV. SUSP _____ (TIME) CONV SPD _____

JAIL _____
PROBATION/OTHER _____

THE ATTACHED ADDITIONS TO THIS JUDGMENT ARE INCORPORATED BY REFERENCE, SEE PAGE(S) ☐1 (BY___), ☐2 (BY___), ☐3 (BY___)

MONEY JUDGMENT   OFFENSE 1   OFFENSE 2   OFFENSE 3
MONEY OBLIGATION   IMPOSE SUSPEND   IMPOSE SUSPEND   IMPOSE SUSPEND

| | | | | | | |
|---|---|---|---|---|---|---|
| FINE | | | | | | |
| COSTS | | | | | | |
| RESTITUTION | | | | | | |
| TOTAL ▶ | | | | | | |

TOTAL AMOUNT TO PAY THAT IS NOT SUSPENDED (FROM OFFENSES 1,2 AND 3) $_____
TERMS OF PAYMENT _____

☐ ALL MONEYS, INCLUDING SUSPENDED MONEYS, BECOME DUE IMMEDIATELY UNDER ORS 153.090(4) IF NONSUSPENDED MONEYS NOT PAID IN ACCORDANCE WITH TERMS OF PAYMENT

THE ATTACHED ADDITIONS TO THIS MONEY JUDGMENT ARE INCORPORATED BY REFERENCE, SEE PAGE(S) ☐1 (BY___), ☐2 (BY___)

JUDGMENT CREDITOR ☐ STATE OF OREGON  ☐ OTHER_____
JUDGMENT DEBTOR ☐ DEFENDANT  ☐ OTHER_____
DATE   SIGNATURE OF ☐ JUDGE (☐ VIOLATIONS CLERK, WHERE ALLOWED)

Exhibit 9 - Page 1

# OREGON UNIFORM CITATION AND COMPLAINT

Use for All Violations or Crimes Where Separate Complaint Will Not be Filed/ORS 153.045 or 133.069

MD04317 COMPLAINT/SUMMONS MD04317

- ☐ CRIME(S) (see A below) OR ☒ VIOLATION(S) (Not Both) (see B below) Type **OTHER**

**STATE OF OREGON**
CITY/OTHER PUBLIC BODY **GRANTS PASS**
COUNTY OF **JOSEPHINE**
Case No. **2019-44647**
Court **JOSEPHINE CO CIRCUIT COURT**

## DEFENDANT
The undersigned certifies and says that the following person
ID Type ___ ID No **5946762** State OR Ph ___
Name Last **BLAKE**
First **DEBRA** MI **LEE**
Address ___
City ___ State ___ Zip ___ Passenger ☐
Sex **F** Race **WHT** DOB **01/30/1959** Hgt **5'02"** Wgt **170** Hair **GRY**
Eyes **BLU** Lic. Exp. **2012** Juv ☐ Lic. Class **C** Emp. to Drive ☐

## TIME/PLACE
At the following time and place in the above-mentioned state and county
On or About Date/Time **09/11/2019    11:01 AM**
At or Near **RIVERSIDE PARK** City **GRANTS PASS**
NB ☐ SB ☐ EB ☐ WB ☐
Highway ☐ Premise Open to Public ☒ Other ☐

## VEHICLE Involving the following
Year ___ Make ___ Model ___
Color ___ Type ___
Regis/Vin/ID# ___ State ___
Accident ☐ Prop. Damage ☐ Injury ☐ Endanger Other ☐
Com'l Veh ☐ Haz Mat ☐ Driver Not Reg Owner ☐
Other ☐ Com'l Pass. ☐

## OFFENSE(S) Did then and there commit the following offense(s)
HWY Work Zone ☐ School Zone ☐ VBR ☐ Safety Corridor ☐
Radar ☐ Pace ☐ Laser ☐ Other ☐
Alleged Speed ___ Designated Speed ___ Posted Limit ☐
Offense # **5.57.020**
**CRIMINAL TRESPASS ON CITY PROPERTY**
Warning ☐
Presumptive Fine1 **$295.00**
Intentional ☐ Knowing ☒ Reckless ☐
Criminal Negligence ☐ No Culpable Mental State ☐

Offense # ___
Warning ☐
Presumptive Fine2 ___
Intentional ☐ Knowing ☐ Reckless ☐
Criminal Negligence ☐ No Culpable Mental State ☐

Offense # ___
Warning ☐
Presumptive Fine3 ___
Intentional ☐ Knowing ☐ Reckless ☐
Criminal Negligence ☐ No Culpable Mental State ☐

## OTHER
NEW CITE FOR TRESPASS INSTEAD OF PROHIBITED CONDUCT ON PREV CITE
Expl

## SIGNATURE
I certify under ORS 153.045 and 153.990 and under other applicable law and under penalties for false swearing, do swear/affirm that I have sufficient grounds to and do believe that the above-mentioned defendant/person committed the above offense(s) and I have served the defendant/person with this complaint

Signature of Officer _(signed)_
Officer name1 **MCGINNIS, JASON** Officer ID **54243**
Officer name2 ___ Officer ID ___
Agency Name **GRANTS PASS DPS**
Issue Date **09/11/2019**

## YOUR COURT APPEARANCE DATE, TIME AND LOCATION ARE
**10/23/2019    09:00 AM**
Location **JOSEPHINE CO CIRCUIT COURT**
**500 NW 6TH STREET**
**GRANTS PASS    OR    97526**
**541-476-2309**

---

**DMV Use Only:** 19VI151448    MD04317

RECORD AND: ☐ CIRCUIT COURT REGISTER ☐ JUSTICE COURT DOCKET ☐ MUNICIPAL COURT DOCKET
HANDLED BY: ☐ VIOLATIONS BUREAU ☐ COURT
BASED ON: ☐ WRITTEN SUBMISSION ☐ APPEARANCE

| DATE | EVENT/NOTES | INITIAL |
|---|---|---|
| SEP 27 2019 | COMPLAINT FILED | |
| | WRITTEN RESPONSE RECEIVED | |
| | ARRAIGNED ☐ MISD ☐ 161.566 OR ☐ VIOL ☐ 161.568 (REDUCTION) | |
| | SECURITY RELEASE AT $ ___ RECEIPT NO ___ | |
| | COURT/JURY TRIAL (☐ WAIVED) | |
| | CRIMINAL RIGHTS GIVEN | |
| | ATTORNEY ___ OSB# ___ (☐ WAIVED) | |
| | WARRANT ORDERED ___ ISSUED ___ | |
| | DIVERSION AGREEMENT | |
| | CONTINUED TO ___ REASON ___ | |
| | ☐ ORS 135.355 CONDITIONAL PLEA | |

THE ATTACHED ADDITIONS TO THIS RECORD/REGISTER ARE INCORPORATED BY REFERENCE, SEE PAGE(S) ☐ 1 (BY ___), ☐ 2 (BY ___),

## JUDGMENT OF THE COURT (SUBMIT ABSTRACT COPY UNDER ORS 153.11)

| OFF # | RESPONSE/PLEA | CHANGE PLEA | FINDING | DETERMINATION | OFFENSE SITE | TYPE | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | G NG NC FTA | | G NG | C A DISM | | V M | A B C D OTH |
| 2 | G NG NC FTA | | G NG | C A DISM | | V M | A B C D OTH |
| 3 | G NG NC FTA | | G NG | C A DISM | | V M | A B C D OTH |

DISPOSITION ☐ 137.533 DEFERRED SENTENCE ☐ SENT IMP SUS
☐ DR PRIV SUSP ___ (TIME) CONV SPD ___
JAIL ___
PROBATION/OTHER ___

THE ATTACHED ADDITIONS TO THIS JUDGMENT ARE INCORPORATED BY REFERENCE, SEE PAGE(S) ☐1 (BY ___), ☐2 (BY ___), ☐3 (BY ___),

| MONEY JUDGMENT | OFFENSE 1 | | OFFENSE 2 | | OFFENSE 3 | |
|---|---|---|---|---|---|---|
| MONEY OBLIGATION | IMPOSE | SUSPEND | IMPOSE | SUSPEND | IMPOSE | SUSPEND |
| FINE | | | | | | |
| COSTS | | | | | | |
| RESTITUTION | | | | | | |
| TOTAL ▶ | | | | | | |

TOTAL AMOUNT TO PAY THAT IS NOT SUSPENDED (FROM OFFENSES 1, 2 AND 3) $ ___
TERMS OF PAYMENT ___

☐ ALL MONEYS, INCLUDING SUSPENDED MONEYS, BECOME DUE IMMEDIATELY UNDER ORS 153.090(4) IF NONSUSPENDED MONEYS NOT PAID IN ACCORDANCE WITH TERMS OF PAYMENT

THE ATTACHED ADDITIONS TO THIS MONEY JUDGMENT ARE INCORPORATED BY REFERENCE, SEE PAGE(S) ☐1 (BY ___), ☐ 2 (BY ___),

JUDGMENT CREDITOR ☐ STATE OF OREGON ☐ OTHER ___
JUDGMENT DEBTOR ☐ DEFENDANT ☐ OTHER ___

DATE ___ SIGNATURE OF ☐ JUDGE (☐ VIOLATIONS CLERK, WHERE ALLOWED)

Exhibit 9 - Page 2

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF JOSEPHINE
500 NW 6th Street Dept 17 Grants Pass Oregon 97526

**State of Oregon**
v.

DEBRA LEE BLAKE
_____
Defendant

Case No: 19VI143832

**GENERAL JUDGMENT**
Re: Citation #: MD04291

**The court finds the defendant GUILTY of the charges designated "CONVICTED" in the section below**

| Driver's License# & State: OR-5946762 | | Commercial DL? No |
|---|---|---|
| License Name: **BLAKE, DEBRA LEE** | | |
| Date of Birth: **01/30/1959** | Height: 5 Ft. 2 In. | Def is Passenger? No |
| Sex: Female | Weight: 170 Lbs. | |
| Address: **125 Manzanita Grants Pass, OR 97526** | | |

| Offense Date: **09/11/2019** | | | |
|---|---|---|---|
| EMP: No | CMV: No | Com'l Pass Veh: No | HAZ: No |
| Location: Riverside Park | | Time: | |

ORS/OAR#:

| ORS/OAR# | | Charge | Class |
|---|---|---|---|
| 6.46.090 | Convicted - Failure to Appear | Camping in City Park | Violation Unclassified |
| 6.46.040 | Convicted - Failure to Appear | Prohibited Conduct in a City Park | Violation Unclassified |

| Convicted Speed: | Designated Speed: | In School Zone? | |
|---|---|---|---|
| | | No; No | |

Original Date to Appear: **10/09/2019**

FINE ASSESSED: $590.00
   Go to www.courts.oregon.gov/ePay to pay online

   (☐ includes restitution of $           payable to: *(name, address:     )*
**Judgment Creditor:**    State of Oregon    **Judgment Debtor:**    Defendant

Payment in full is due IMMEDIATELY. If payment is not received within 30 days of this judgment, additional costs and fees will be added and your driver's license may be suspended.

10/16/2019                               /eS/ Christine Purkey
Date                                     Violations Clerk

Exhibit 9 - Page 3

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF JOSEPHINE
500 NW 6th Street Dept 17 Grants Pass Oregon 97526

**State of Oregon**
v.

DEBRA LEE BLAKE

Defendant

Case No: 19VI151448

**GENERAL JUDGMENT**
Re: Citation #: MD04317

**The court finds the defendant GUILTY of the charges designated "CONVICTED" in the section below**

| Driver's License# & State: **OR-5946762** | | Commercial DL? **No** |
|---|---|---|
| License Name: **BLAKE, DEBRA LEE** | | |
| Date of Birth: **01/30/1959** | Height: 5 Ft. 2 In. | Def is Passenger? **No** |
| Sex: Female | Weight: 170 Lbs. | |
| Address: **125 Manzanita Grants Pass, OR 97526** | | |

| Offense Date: **09/11/2019** | | | |
|---|---|---|---|
| EMP: **No** | CMV: **No** | Com'l Pass Veh: **No** | HAZ: **No** |
| Location: Riverside Park | | Time: | |

| ORS/OAR#: | | | |
|---|---|---|---|
| 5.57.020 | Convicted - Failure to Appear | Criminal Trespass on City Property | Violation Unclassified |
| Convicted Speed: | Designated Speed: | In School Zone? No | |

Original Date to Appear: **10/23/2019**

FINE ASSESSED: **$295.00**
    Go to www.courts.oregon.gov/ePay to pay online

(☐ includes restitution of $       payable to: *(name, address:  )*
**Judgment Creditor:**   State of Oregon   **Judgment Debtor:**   Defendant

Payment in full is due IMMEDIATELY. If payment is not received within 30 days of this judgment, additional costs and fees will be added and your driver's license may be suspended.

10/29/2019
Date

/eS/ Christine Purkey
Violations Clerk

Exhibit 9 - Page 4

Skip to Main Content Logout My Account Search Menu Search Criminal, Traffic and Parking Case Records Refine Search Back    Location : All Locations    Images Help

# REGISTER OF ACTIONS
## CASE NO. 19VI151448

| | | |
|---|---|---|
| State of Oregon vs DEBRA LEE BLAKE | § § § § § | Case Type: **Offense Violation**<br>Date Filed: **09/27/2019**<br>Location: **Josephine** |

---

### PARTY INFORMATION

|  |  |  | Attorneys |
|---|---|---|---|
| **Defendant** | BLAKE, DEBRA LEE<br>125 Manzanita<br>Grants Pass, OR 97526<br>SID: OR21061030 | Female White<br>DOB: 1959<br>5' 2", 170 lbs | |
| **Plaintiff** | State of Oregon | | |

---

### CHARGE INFORMATION

| Charges: BLAKE, DEBRA LEE | Statute | Level | Date |
|---|---|---|---|
| 1. Criminal Trespass on City Property | 5.57.020 | Violation Unclassified | 09/11/2019 |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

10/29/2019 **Disposition** (Judicial Officer: Authority, Administrative)
   1. Criminal Trespass on City Property
      Convicted - Failure to Appear
   Created: 10/29/2019 3:10 PM

10/29/2019 **Sentence - Violation** (Judicial Officer: Authority, Administrative)
   1. Criminal Trespass on City Property
      Fee Totals:

| | Amount | Reduction | Owed |
|---|---|---|---|
| Fine - Grants Pass Municipal Law | $295.00 | | $295.00 |
| Fee Totals $ | $295.00 | | $295.00 |
| Fee Modifier | | | |

   Created: 10/29/2019 3:10 PM

**OTHER EVENTS AND HEARINGS**

09/27/2019 **Citation**
   Created: 09/27/2019 9:35 AM
10/29/2019 **Judgment - Violation General** (Judicial Officer: Authority, Administrative )
   Signed: 10/29/2019
   Created: 10/29/2019 3:22 PM
10/29/2019 **Closed**
   Created: 10/29/2019 3:23 PM
11/05/2019 **Notice**
   FTA
   Created: 11/05/2019 8:04 AM
12/03/2019 **Judgment - Payment Schedule Assessment**
   Created: 12/03/2019 7:37 AM
12/05/2019 **Recordation - Collection Referral Judgment**
   Created: 12/05/2019 5:30 PM

---

### FINANCIAL INFORMATION

| | | |
|---|---|---|
| **Defendant** BLAKE, DEBRA LEE | | |
| Total Financial Assessment | | 537.60 |
| Total Payments and Credits | | 0.00 |
| **Balance Due as of 01/13/2020** | | **537.60** |
| 10/29/2019 | Transaction Assessment | 295.00 |
| 12/03/2019 | Transaction Assessment | 125.00 |
| 12/05/2019 | Transaction Assessment | 117.60 |

Case 1:18-cv-01823-CL   Document 63-9   Filed 01/17/20   Page 6 of 10

https://publicaccess.courts.oregon.gov/PublicAccessLogin/CaseDet...

Skip to Main Content  Logout  My Account  Search Menu  Search Criminal, Traffic and Parking Case Records  Refine Search  Back    Location : All Locations  Images Help

# REGISTER OF ACTIONS
## CASE NO. 19VI143832

| State of Oregon vs DEBRA LEE BLAKE | § § § § § | Case Type: **Offense Violation**<br>Date Filed: **09/13/2019**<br>Location: **Josephine** |
|---|---|---|

### PARTY INFORMATION

|  |  |  | Attorneys |
|---|---|---|---|
| **Defendant** | BLAKE, DEBRA LEE<br>125 Manzanita<br>Grants Pass, OR 97526<br>SID: OR21061030 | Female White<br>DOB: 1959<br>5' 2", 170 lbs |  |
| **Plaintiff** | State of Oregon |  |  |

### CHARGE INFORMATION

| Charges: BLAKE, DEBRA LEE | Statute | Level | Date |
|---|---|---|---|
| 1. Camping in City Park | 6.46.090 | Violation Unclassified | 09/11/2019 |
| 2. Prohibited Conduct in a City Park | 6.46.040 | Violation Unclassified | 09/11/2019 |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

**10/16/2019** Disposition (Judicial Officer: Authority, Administrative)
  1. Camping in City Park
     Convicted - Failure to Appear
  2. Prohibited Conduct in a City Park
     Convicted - Failure to Appear
  Created: 10/16/2019 10:16 AM

**10/16/2019** Sentence - Violation (Judicial Officer: Authority, Administrative)
  1. Camping in City Park
     Fee Totals:

|  | Amount | Reduction | Owed |
|---|---|---|---|
| Fine - Grants Pass Municipal Law | $295.00 |  | $295.00 |
| Fee Totals $ | $295.00 |  | $295.00 |
| Fee Modifier |  |  |  |

  Created: 10/16/2019 10:16 AM

**10/16/2019** Sentence - Violation (Judicial Officer: Authority, Administrative)
  2. Prohibited Conduct in a City Park
     Fee Totals:

|  | Amount | Reduction | Owed |
|---|---|---|---|
| Fine - Grants Pass Municipal Law | $295.00 |  | $295.00 |
| Fee Totals $ | $295.00 |  | $295.00 |
| Fee Modifier |  |  |  |

  Created: 10/16/2019 10:17 AM

**OTHER EVENTS AND HEARINGS**

**09/13/2019** Citation
  Created: 09/13/2019 2:20 PM
**10/16/2019** Judgment - Violation General (Judicial Officer: Authority, Administrative )
  Signed: 10/16/2019
  Created: 10/16/2019 10:18 AM
**10/16/2019** Closed
  Created: 10/16/2019 10:18 AM
**10/22/2019** Notice
  FTA
  Created: 10/22/2019 8:16 AM
**11/20/2019** Judgment - Payment Schedule Assessment
  Created: 11/20/2019 7:08 AM
**11/21/2019** Recordation - Collection Referral Judgment
  Created: 11/21/2019 5:26 PM

### FINANCIAL INFORMATION

| Defendant BLAKE, DEBRA LEE |  |
|---|---|
| Total Financial Assessment | 1,011.20 |
| Total Payments and Credits | 0.00 |
| **Balance Due as of 01/13/2020** | **1,011.20** |

| 10/16/2019 | Transaction Assessment | 295.00 |
|---|---|---|
| 10/16/2019 | Transaction Assessment | 295.00 |
| 11/20/2019 | Transaction Assessment | 200.00 |
| 11/21/2019 | Transaction Assessment | 221.20 |



# Grants Pass Department of Public Safety

## TRESPASS REPORT

| Date | Time | Case # |
|---|---|---|
| 9-11-19 | 0730 hrs. | 19-44647 |

| Incident Address | | |
|---|---|---|
| 304 East Park St. | | |

| Prior Warning Yes / No | Most recent warning date NA | Prior warning Officer NA |
|---|---|---|

Related CAD Incidents

### ARRESTEE

| Name: Last | First | MI | Sex | DOB | Phone |
|---|---|---|---|---|---|
| Blake | Debra | L | M/F | 1-30-59 | NA |

| Race | Age | Height | Weight | Hair | Eye | ID or DL Number/State |
|---|---|---|---|---|---|---|
| Wht | 60 | 5'2 | 170 | Grey | Bro | 5946762 |

| Address | Disposition |
|---|---|
| Transient | |

Reason for Contact: Camping in the park - Prohibited Conduct - Park hours

Associates:

*Narrative on back*

### GRANTS PASS EXCLUSION ORDER

Date: 9-11-19         Time: 0730 hrs

You, Debra Blake, are hereby excluded from all city parks within the City of Grants Pass, for a period of 30 days from the date of this Exclusion Order. If you are found to be on City property prior to the expiration of this Exclusion Order, you will be arrested.

You may file a written objection of this Exclusion Order with the City of Grants Pass, to the attention of the City Manager, within two business days of the date of this Exclusion Order. The written objection must state the relief sought. The City Council shall determine whether the Exclusion Order is upheld, shortened, or rescinded. The Exclusion Order shall remain in effect during the pendency of the objection.

Issuing Officer: McGinnis         DPSST #: 54243

# OREGON UNIFORM CITATION AND COMPLAINT

Use for All Violations or Crimes Where Separate Complaint Will Not be Filed/ORS 153.045 or 133.069

☐ CRIME(S) (see A below) OR (Not Both) ☒ VIOLATION(S) (see B below) Type: OTHER

M006287 / COMPLAINT/SUMMONS / M006287

**DMV Use Only:** 17VI64365

STATE OF OREGON
CITY/OTHER PUBLIC BODY: GRANTS PASS
COUNTY OF: JOSEPHINE
Case No. 2017-18300
Court: JOSEPHINE COUNTY CIRCUIT COURT

## DEFENDANT
The undersigned certifies and says that the following person

- ID Type: NO ID PRES    ID No: 4918160    State: OR    Ph: NONE
- Name: Last DORRAH  First: RONALD  MI: EDWARD BRANSON
- Address: TRANSIENT
- City: GRANTS PASS   State: OR   Zip: 97526   Passenger ☐
- Sex: M  Race: W  DOB: 05/13/1972  Hgt: 6'00"  Wgt: 180  Hair: RED
- Eyes: BLU  Lic Exp:   Juv.: ☐  Lic.Class: I  Emp to Drive ☐

## TIME/PLACE
At the following time and place in the above-mentioned state and county
On or About Date/Time: 04/26/2017   05:34 AM
At or Near: 208 NW 6TH ST     City: GRANTS PASS

NB ☐  SB ☐  EB ☐  WB ☐
Highway ☐  Premise Open to Public ☐  Other ☒

## VEHICLE Involving the following
Year:   Make:   Model:
Color:   Type:
Regis/Vin/ID#:     State: OR
Accident ☐  Prop. Damage ☐  Injury ☐  Endanger Other ☐
Com'l Veh ☐  Haz Mat ☐  Driver Not Reg. Owner ☐
Other ☐                              Com'l Pass ☐

## OFFENSE(S) Did then and there commit the following offense(s)
HWY Work Zone ☐  School Zone ☐  VBR ☐  Safety Corridor ☐
Radar ☐  Pace ☐  Laser ☐  Other ☐
Alleged Speed:   Designated Speed:   Posted Limit ☐

Offense # 5.61.020
**SLEEPING ON SIDEWLAKS, STREETS, ALLEYS OR WITHIN DOORWAYS PROHIBITED**
Warning ☐
Presumptive Fine 1: $75.00
Intentional ☐  Knowing ☐  Reckless ☐  Criminal Negligence ☐  No Culpable Mental State ☒

Offense #:
Warning ☐
Presumptive Fine 2:
Intentional ☐  Knowing ☐  Reckless ☐  Criminal Negligence ☐  No Culpable Mental State ☐

Offense #:
Warning ☐
Presumptive Fine 3:
Intentional ☐  Knowing ☐  Reckless ☐  Criminal Negligence ☐  No Culpable Mental State ☐

OTHER

Expl:

## SIGNATURE
I certify under ORS 153.045 and 153.990 and under other applicable law and under penalties for false swearing, do swear/affirm that I have sufficient grounds to and do believe that the above-mentioned defendant/person committed the above offense(s) and I have served the defendant/person with this complaint

Signature of Officer: [signed]
Officer name1: GASPERSON, GEORGE   Officer ID: 44128
Officer name2:                     Officer ID:
Agency Name: GRANTS PASS DPS
Issue Date: 04/26/2017

**YOUR COURT APPEARANCE DATE, TIME AND LOCATION ARE**
05/16/2017    01:00 PM
Location: JOSEPHINE COUNTY CIRCUIT COURT
500 NW 6TH STREET
GRANTS PASS   OR   97526
541-476-2309

---

RECORD AND: ☐ CIRCUIT COURT REGISTER  ☐ JUSTICE COURT DOCKET  ☐ MUNICIPAL COURT DOCKET
HANDLED BY: ☐ VIOLATIONS BUREAU   ☐ COURT
BASED ON: ☐ WRITTEN SUBMISSION   ☐ APPEARANCE

| DATE | EVENT/NOTES | INITIAL |
|---|---|---|
| | COMPLAINT FILED   APR 28 2017 | |
| | WRITTEN RESPONSE RECEIVED | |
| | ARRAIGNED  ☐ MISD  ☐ 161.566 OR  ☐ VIOL  ☐ 161.568 (REDUCTION) | |
| | SECURITY RELEASE AT: $     RECEIPT NO | |
| | COURT/JURY TRIAL        (☐ WAIVED) | |
| | CRIMINAL RIGHTS GIVEN | |
| | ATTORNEY:   OSB#   (☐ WAIVED) | |
| | WARRANT ORDERED    ISSUED | |
| | DIVERSION AGREEMENT | |
| | CONTINUED TO      REASON | |
| | ☐ ORS 135.355 CONDITIONAL PLEA | |

THE ATTACHED ADDITIONS TO THIS RECORD/REGISTER ARE INCORPORATED BY REFERENCE, SEE PAGE(S) ☐ 1 (BY_____), ☐ 2 (BY_____)

## JUDGMENT OF THE COURT (SUBMIT ABSTRACT COPY UNDER ORS 153.11)

| OFF # | RESPONSE/PLEA | CHANGE PLEA | FINDING | DETERMINATION | OFFENSE SITE | TYPE | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | G NG NC FTA | G NG | C A DISM | | | V M | A B C D OTH |
| 2 | G NG NC FTA | G NG | C A DISM | | | V M | A B C D OTH |
| 3 | G NG NC FTA | G NG | C A DISM | | | V M | A B C D OTH |

DISPOSITION ☐ 137.533 DEFERRED SENTENCE  ☐ SENT IMP. SUS
☐ DR PRIV SUSP_____ (TIME) CONV SPD_____
JAIL:
PROBATION/OTHER:

THE ATTACHED ADDITIONS TO THIS JUDGMENT ARE INCORPORATED BY REFERENCE, SEE PAGE(S) ☐1 (BY____), ☐2 (BY____), ☐3 (BY____)

| MONEY JUDGMENT | OFFENSE 1 | | OFFENSE 2 | | OFFENSE 3 | |
|---|---|---|---|---|---|---|
| MONEY OBLIGATION | IMPOSE | SUSPEND | IMPOSE | SUSPEND | IMPOSE | SUSPEND |
| FINE | | | | | | |
| COSTS | | | | | | |
| RESTITUTION | | | | | | |
| TOTAL ▶ | | | | | | |

TOTAL AMOUNT TO PAY THAT IS NOT SUSPENDED (FROM OFFENSES 1,2 AND 3) $
TERMS OF PAYMENT:

☐ ALL MONEYS, INCLUDING SUSPENDED MONEYS, BECOME DUE IMMEDIATELY UNDER ORS 153.090(4) IF NONSUSPENDED MONEYS NOT PAID IN ACCORDANCE WITH TERMS OF PAYMENT

THE ATTACHED ADDITIONS TO THIS MONEY JUDGMENT ARE INCORPORATED BY REFERENCE, SEE PAGE(S) ☐1 (BY____), ☐2 (BY____)

JUDGMENT CREDITOR ☐ STATE OF OREGON ☐ OTHER_____
JUDGMENT DEBTOR ☐ DEFENDANT ☐ OTHER_____

DATE    SIGNATURE OF ☐ JUDGE (☐ VIOLATIONS CLERK, WHERE ALLOWED)

# OREGON UNIFORM CITATION AND COMPLAINT

Use for All Violations or Crimes Where Separate Complaint Will Not Be Filed/ORS 153.045 or 133.069

GPP21245    COMPLAINT

| ☐ CRIME(S) (See A on Back) | OR (Not Both) | ☒ VIOLATION(S) (See B on Back) | ☐ Traffic ☐ Boating | ☒ Other ☐ Commercial Fishing | ☐ Wildlife |

STATE OF OREGON
CITY/OTHER PUBLIC BODY: Grants Pass
COUNTY OF: Josephine

Docket No _____
Court: ☐ Justice ☐ Municipal ☒ Circuit ☐ Juvenile ☐ Tribal ☐ Community ☐ Peer

14

Reserved for D A use

THE UNDERSIGNED CERTIFIES AND SAYS THAT THE FOLLOWING PERSON:

**DEFENDANT**
- ID Type: ☐ CDL ☒ Non-CDL
- ID No: 37200798
- State: TX
- License Class: 10
- Name—Last: WELTO
- First: LAVESTER
- MI: L
- Address: TRANSIENT
- Tel No: NONE
- City: — State: — Zip Code: —
- Def is ☐ Passenger ☐ Employed to drive ☒ Operator
- Sex: M  Race: B  DOB: 3-14-85  Height: 509  Weight: 150  Hair: BRO  Eyes: BRO

**AT THE FOLLOWING TIME AND PLACE IN THE ABOVE-MENTIONED STATE AND COUNTY:**
- Offense Date: Month 9  Day 10  Year 14  Time 0445 hrs  ☐ AM ☐ PM
- Highway ☒ 6PP21245 ☐ Premises open to public
- At or near Location: 505 SE 8th St

**INVOLVING THE FOLLOWING:**
- Type: —  Regis/VIN/ID No: —  State: —
- ☐ Accident ☐ Injury ☐ Property Damage ☐ Endanger others
- Vehicle year, make, model, style, color, OR Other, describe: —
- Other: —
- ☐ Driver not Reg Owner ☐ Haz Material ☐ Com Passenger Vehicle ☐ Com Vehicle

Reserved for Court use — WELTO LAVESTER L

**DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):**

**OFFENSE(S)**
1 Violated (cite ORS/ORD/rule) 5.61.030  Describe: CAMPING PROHIBITED  Alleged Spd: —  Designated Spd: —
☐ Posted Limit ☐ VBR ☐ Radar ☐ Pace ☐ Laser
☐ Intentional ☐ Knowing ☐ Reckless ☐ Criminal negligence ☒ No culpable mental state
☐ Safety Corridor ☐ Pstd Sch Zn ☐ Hwy Wk Zn
1 Presumptive Fine: 295—

2 Violated (cite ORS/ORD/rule): — Describe: —
☐ Intentional ☐ Knowing ☐ Reckless ☐ Criminal negligence ☐ No culpable mental state
2 Presumptive Fine: —

3 Violated (cite ORS/ORD/rule): — Describe: —
☐ Intentional ☐ Knowing ☐ Reckless ☐ Criminal negligence ☐ No culpable mental state
3 Presumptive Fine: —

**OTHER** — Expl: 14-34936

I certify under ORS 153.045 and 153.990 and under other applicable law and under penalties for false swearing, do swear/affirm that I have sufficient grounds to and do believe that the above-mentioned defendant/person committed the above offense(s) and I have served the defendant/person with this complaint

Date Issued: 9-10-14
1st Officer Signature: _____
Print 1st Officer Name: LORENTZ
2nd Officer of Arresting Person (If Not Officer) Signature: —

Officer(s) Agency ID: GPDPS
1st Officer ID No: 57478
No

14GPP21245
CT
Citation
1872197

**YOUR COURT APPEARANCE DATE**
Mo/Day/Year: 10/6/14  Time: 1400  ☐ AM ☒ PM
Josephine
500 NW 6th
Grants Pass
Phone 541-476-2309

Phone 541-474-5186

Exhibit 9 - Page 9

# OREGON UNIFORM CITATION AND COMPLAINT

Use for All Violations or Crimes Where Separate Complaint Will Not Be Filed/ORS 153.045 or 133.069

**COMPLAINT GPP23986** — Reserved for D A use

| ☐ CRIME(S) (See A on Back) | **OR** (Not Both) | ☒ VIOLATION(S) (See B on Back) | ☐ Traffic ☒ Other ☐ Wildlife ☐ Boating ☐ Commercial Fishing |

STATE OF OREGON
CITY/OTHER PUBLIC BODY: Grants Pass
COUNTY OF: Josephine

Docket No: SEP - 5 2017
Court: ☐ Justice ☐ Municipal ☒ Circuit ☐ Juvenile ☐ Tribal ☐ Community ☐ Peer

THE UNDERSIGNED CERTIFIES AND SAYS THAT THE FOLLOWING PERSON:

**DEFENDANT**
- ID Type: ID ☐ CDL ☒ Non-CDL
- ID No: 3420933
- State: OR
- License Class:
- Name Last: Kitty   First: Derek   MI: E
- Address: Transient
- City:   State:   Zip Code:
- Tel No:
- Def is ☐ Passenger ☐ Employed to drive ☒ Cited
- Sex: M   Race: W   DOB: 5-29-95   Height: 510   Weight: 150   Hair: Bro   Eyes: Bro

**TIME/PLACE** — AT THE FOLLOWING TIME AND PLACE IN THE ABOVE-MENTIONED STATE AND COUNTY:
- Offense Date on or about: Month 9 Day 5 Year 17   Time: 3:40 ☒ AM ☐ PM
- ☐ Highway ☐ _____   ☒ Premises open to public
- At or near Location: 310 SW 6th St.

**REL. INFO** — INVOLVING THE FOLLOWING:
- Type:   Regis/VIN/ID No:   State:
- ☐ Accident ☐ Injury ☐ Property Damage ☐ Endanger others
- Vehicle year, make, model, style, color, OR Other, describe:
- Other:
- ☐ Driver not Reg Owner ☐ Haz Material ☐ Com Passenger Vehicle ☐ Com Vehicle

**OFFENSE(S)** — DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):

1. Violated (cite ORS/ORD/rule): 5.61.020   Describe: Sleeping on sidewalk
   ☐ Intentional ☐ Knowing ☐ Reckless ☐ Criminal negligence ☒ No culpable mental state
   1 Presumptive Fine: 75-

2. Violated (cite ORS/ORD/rule):   Describe:
   ☐ Intentional ☐ Knowing ☐ Reckless ☐ Criminal negligence ☐ No culpable mental state
   2 Presumptive Fine:

3. Violated (cite ORS/ORD/rule):   Describe:
   ☐ Intentional ☐ Knowing ☐ Reckless ☐ Criminal negligence ☐ No culpable mental state
   3 Presumptive Fine:

**OTHER**: 17-42423   Expl:

Reserved for Court use — 17WT 13478

I certify under ORS 153.045 and 153.990 and under other applicable law and under penalties for false swearing, do swear/affirm that I have sufficient grounds to and do believe that the above-mentioned defendant/person committed the above offense(s) and I have served the defendant/person with this complaint.

- Date Issued: 9-5-17
- 1st Officer Signature: [signed]
- Officer(s) Agency ID: GPDPS
- 1st Officer ID No: 48145
- Print 1st Officer Name: K. Frownfelter
- 2nd Officer ID No:
- 2nd Officer of Arresting Person (If Not Officer): Signature / Print Name

**YOUR COURT APPEARANCE DATE, TIME AND LOCATION ARE**
- Mo/Day/Year: 9-25-17
- Time: 1:00 ☐ AM ☒ PM
- ☒ Josephine CO Courthouse, 500 NW 6th Street, Grants Pass, OR 97526, Phone 541-476-2309
- ☐ Juvenile Justice Center, 301 NW "F" Street, Grants Pass, OR 97526, Phone 541-474-5186

Exhibit 9 - Page 10