**Walter Fonseca**, OSB # 136349
**Eric T. Dahlin,** OSB #945439
wfonseca@oregonlawcenter.org
edahlin@oregonlawcenter.org
**OREGON LAW CENTER**
424 NW Sixth Street, Suite 102
Grants Pass, OR 97528
Phone (541) 476-2154
Fax (541) 476-4478

**Edward Johnson,** OSB # 965737
ejohnson@oregonlawcenter.org
**OREGON LAW CENTER**
522 SW Fifth Ave., Suite 812
Portland, OR 97204
Phone (503) 473-8310

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **DEBRA BLAKE, GLORIA JOHNSON, JOHN LOGAN** individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF GRANTS PASS**,<br><br>Defendant. | Case No. 1:18-cv-01823-CL<br><br>**DECLARATION OF INESSA WURSCHER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, **Inessa Wurscher**, declare as follows:

1. I am a staff attorney at the Oregon Law Center, Grants Pass office. My office represents the plaintiff class in this case.

1 DECLARATION OF INESSA WURSCHER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

2. The attached summary of trespass orders, dispatch data on trespass orders for class representatives, emails, incident reports and park exclusion order (all of which are cited to in plaintiffs' summary judgment brief) were produced by the City of Grants Pass in the course of discovery (Exhibit 1).

3. I have reviewed all of the citations and incident reports from 2012 to 2019 related to the ordiances GPMC 5.61.020 (the anti-sleeping ordinance), GPMC 5.61.030 (the anti-camping ordinance), and GPMC 6.46.090 that were produced to plaintiffs in this case.

4. In total, the City of Grants Pass has provided 615 citations and 541 incident reports.

5. Of the 615 produced citations, 313 were for illegal sleeping, 129 were for illegal camping in the park, and 182 were for illegal camping. This information has been tabulated in more detail below:

| Year | Total # of Tickets | Total # of Sleeping Tickets | Total # of Camping in Parks Tickets | Total # of Camping Tickets | Individuals |
|---|---|---|---|---|---|
| 2012 | 24 | 16 | 8 | 1 | 20 |
| 2013 | 74 | 27 | 30 | 20 | 48 |
| 2014 | 228 | 131 | 44 | 56 | 129 |
| 2015 | 80 | 65 | 1 | 14 | 45 |
| 2016 | 47 | 19 | 6 | 22 | 31 |
| 2017 | 99 | 35 | 18 | 48 | 63 |
| 2018 | 46 | 18 | 9 | 19 | 36 |
| 2019 | 17 | 2 | 13 | 2 | 15 |
| Totals | 615 | 313 | 129 | 182 | N/A |

2  DECLARATION OF INESSA WURSCHER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

6. Of the 541 total incident reports, 366 were officer initated and 354 were the result of a patrol check. This information has been tabulated in more detail below:

| Year | Total # of Incident Reports | Officer Initiated | Patrol Check |
|---|---|---|---|
| 2012 | 18 | 12 | 7 |
| 2013 | 64 | 36 | 33 |
| 2014 | 181 | 133 | 129 |
| 2015 | 98 | 67 | 62 |
| 2016 | 43 | 29 | 29 |
| 2017 | 87 | 55 | 57 |
| 2018 | 39 | 26 | 27 |
| 2019 | 11 | 8 | 10 |
| Totals | 541 | 366 | 354 |

7. I have also reviewed the 59 park exclusion notices the City produced to plaintiffs. Of the 59 park exclusions, 42 of them were for camping or sleeping in the parks and Officer Dennis Burge issued 34 of the exclusions.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 15th day of January 2020.

　　　　　　　　　　　　　　　　　　　　　s/ Inessa K. Wurscher
　　　　　　　　　　　　　　　　　　　　　Inessa K. Wurscher

3  DECLARATION OF INESSA WURSCHER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT