| Date Range: 06/25/2012 -08/31/2019 | |
|---|---|
| **LOCATION** | **Incident Type: TRESPASS** |
| Walmart | 10,853 |
| Gospel Rescue Mission | 357 |
| US Post Office | 21 |

Exhibit 1 - Page 1

BLAKE,DEBRA LEE DOB 01301959 30 DAY TRES WARNING BY 162 18-34493 07172018 SJM
*All City Parks Trespass  Eff: 7/17/2018      Exp:  8/17/2018

BLAKE, DEBRA LEE  01-30-59, TRESPASSED FOR 30 DAYS FROM ALL CITY PARKS BY 163   17-38331
*All City Parks Trespass   Eff: 8/13/2017     Exp: 8/18/2017

BLAKE, DEBRA LEE  01-30-59  TRESPASSED FOR 30 DAYS FROM ALL CITY PARKS
*All City Parks Trespass  Eff: 10/3/2014   Exp: 11/3/2014

*******************************************************************************

JOHNSON,GLORIA SUE  DOB/052250, 17-49053, 10-11-17/LA
*Walmart Trespass  Eff: 10/11/2017 Exp: 11/28/2018

JOHNSON, GLORIA SUE 052250 -- 16-39786
*Walmart Trespass  Eff: 8/30/2016  Exp: 11/27/2018

JOHNSON, GLORIA SUE  052250  16-29765 ON 070216
*Walmart Trespass  Eff: 7/2/2016  Exp: 1/18/2018


*******************************************************************************

LOGAN, JOHN  -- NONE

Exhibit 1 - Page 2



**Grants Pass Public Safety**

POLICE CASE REPORT    CASE# **2017-00045125**

101 NW A Street
Grants Pass OR

| SUMMARY |
| --- |

Officer McGinnis and I observed Debra Lee Blake sitting on a bench at the Daily Courier. Knowing she had previously been trespassed from the location less than a week prior, I checked her status and confirmed she had been trespassed from the location only four days earlier (17-44504).  Once the previous trespass warning was confirmed, Blake was taken into custody for Criminal Trespass 2 and lodged..

| REPORTING OFFICER | DATE | REVIEWED BY |
| --- | --- | --- |
| **166 Burge** | **9/19/2017** | **Anuschat, Max 09/19/2017** |

OF

**Re: Reinhart Park**

Warren Hensman

Mon 5/6/2019 10:42 PM

To: Dennis Ward <dward@grantspassoregon.gov>; Misty English <menglish@grantspassoregon.gov>; Todd Moran <tmoran@grantspassoregon.gov>; Jim Hamilton <jhamilton@grantspassoregon.gov>
Cc: Valerie Lovelace <vlovelace@grantspassoregon.gov>; Aaron Cubic <acubic@grantspassoregon.gov>

Hi Everyone,

Mike Pelfrey sent a similar email to me earlier today. Before I left work tonight I gave him a ring and we chatted about his concerns. I shared my philosophies, the upcoming cadet program, and the ELEA proposal. I also told him I would ask the graveyard teams and early dayshift teams to start hitting hotspots for campsites - cite/move them along accordingly. I also shared some of the Oregon Constitutional protections people have and how they differ from other states, like Arizona - where he came from 3 years ago.

Let's pick this up further during tomorrows command staff meeting.

Best,
Warren

---

**From:** Dennis Ward
**Sent:** Monday, May 6, 2019 8:46:30 PM
**To:** Misty English; Todd Moran; Jim Hamilton; Warren Hensman
**Subject:** Fwd: Reinhart Park


Sent from my iPhone

Begin forwarded message:

> **From:** FlashAlert <craig@flashalert.net>
> **Date:** May 6, 2019 at 8:22:10 PM PDT
> **To:** Dennis Ward <dward@grantspassoregon.gov>
> **Subject: Fwd: Reinhart Park**
> **Reply-To:** <vlovelace@grantspassoregon.gov>
>
> Begin forwarded message:
>
>> **From:** Valerie Lovelace <vlovelace@grantspassoregon.gov>
>> **Subject: Fw: Reinhart Park**
>> **Date:** May 6, 2019 at 10:06:38 AM PDT
>> **To:** "Grants Pass Dept. of Public Safety" <info@flashalert.net>

Exhibit 1 - Page 4

City 000850A

Hello

Is Reinhart Park the Next Bear Creek Pathway? Transients are everywhere in this Park. We just had several deer running out of a thicket only to find two Transients in there setting up camp. This is unacceptable. I ran there asses off as this was private property that they assumed was part of the Park. These Transients come in the Park and camp in the wooded areas. This needs to be stopped.

Exhibit 1 - Page 5

**City 000851A**

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/10/2019 13:57 | | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | | **ORI Number:** OR0170100 |

**Incident:     2014-00037588**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 9/28/2014 3:48:09 AM | **Incident Type:** | Patrol Check |
| **Location:** | SW 6TH ST /  SW G ST | **Venue:** | Grants Pass |
| | 97526 | | |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | Routine |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 136 | 44419-Wallace |
| 160 | 48145-Frownfelter |
| 161 | 51187-Perkins |
| 168 | 51478-Lorentz |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | SPENCER, MILO LEON | 400 GILBERT AVE Glendale OR 97442 | 541-832-3212 | White | Male | ███████ |
| 2 | Inquiry | EHENS, THOMAS CALEB | 1055 KOKANEE LN GRANTS PASS OR 97527 | 541-479-4738 | White | Male | ███████ |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| No Report | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Exhibit 1 - Page 6

City 001721

09/28/2014 : 05:11:38 jlorentz Narrative: N SAFEWAY CHECKED
09/28/2014 : 05:11:14 jlorentz Narrative: ROGUE CLEANERS CHECKED
09/28/2014 : 05:10:54 jlorentz Narrative: JIFFY LUBE CHECKED
09/28/2014 : 05:10:01 jlorentz Narrative: KEY MAN CHECKED
09/28/2014 : 05:08:58 jlorentz Narrative: DAILY COURIER CHECKED
09/28/2014 : 05:07:28 jlorentz Narrative: 8TH ST LOOKOUT CHECKED
09/28/2014 : 05:03:18 jlorentz Narrative: TAPROCK CHECKED
09/28/2014 : 05:03:10 jlorentz Narrative: DONALD KINGERY OBSERVED WALKING THROUGH RIVERSIDE PLAZA, HE WAS MOVED ALONG - NO VIOLATION OBSERVED.
09/28/2014 : 05:02:20 jlorentz Narrative: RIVERSIDE PLAZA CHECKED
09/28/2014 : 04:57:33 jlorentz Narrative: EHENS WAS FOUND CAMPED OUT BY THE DUMPSTERS AT VIDEO WORLD, HE WAS ISSUED A CITATION FOR PROHIBITED CAMPING AND MOVED ALONG.
09/28/2014 : 04:42:47 taguinaga Narrative: OUT W/ ONE VIDEO WORLD
09/28/2014 : 04:42:02 jlorentz Narrative: FOUNTAIN AREA AT SMOKEY'S STOVES CHECKED
09/28/2014 : 04:39:55 jlorentz Narrative: ALL STREETS, ALLEYS AND HIDE-E-HOLES CHECKED BETWEEN 4-6 AND D-M
09/28/2014 : 04:37:44 jlorentz Narrative: ELKS LODGE CHECKED
09/28/2014 : 04:36:09 jlorentz Narrative: EXPERT TIRE CHECKED
09/28/2014 : 04:34:06 jlorentz Narrative: CRAWL SPACE NEXT TO THAI BBQ CHECKED.
09/28/2014 : 04:33:43 kperkins Narrative: JACK IN THE BOX CHECKED
09/28/2014 : 04:33:20 jlorentz Narrative: DEBO PARK WAS CHECKED
09/28/2014 : 04:32:55 jlorentz Narrative: IVY HOUSE CHECKED
09/28/2014 : 04:32:28 jlorentz Narrative: FCR CHECKED
09/28/2014 : 04:32:14 jlorentz Narrative: CHETS GARDEN CENTER CHECKED
09/28/2014 : 04:24:26 jlorentz Narrative: MILO SPENCER OBSERVED CAMPING ON RAILROAD PROPERTY NEAR 3RD AND THE TRACKS.  HE WAS WARNED FOR CRIM TRES 1 AND CITED FOR PROHIBITED CAMPING.
09/28/2014 : 04:13:43 kperkins Narrative: BREWERY CHECKED
09/28/2014 : 04:12:54 kperkins Narrative: G ST FROM 9TH TO 5TH CHECKED
09/28/2014 : 04:10:51 kperkins Narrative: KNIGHTS INN CHECKED
09/28/2014 : 04:10:03 kperkins Narrative: NORTH SAFEWAY CHECKED
09/28/2014 : 04:08:39 kperkins Narrative: JIFFY LUBE CHECKED
09/28/2014 : 04:08:28 kperkins Narrative: A-1 MARKET ON 8TH CHECKED
09/28/2014 : 04:05:04 taguinaga Narrative: C4
09/28/2014 : 04:01:33 rherndon Narrative: 3rd/rr tracks out w one camping
09/28/2014 : 03:56:31 jlorentz Narrative: MENAGAZZI PARK CHECKED
09/28/2014 : 03:53:17 jlorentz Narrative: DUTCH HOUSE CHECKED
09/28/2014 : 03:50:51 jlorentz Narrative: OREGON BOOKS CHECKED
09/28/2014 : 03:50:41 jlorentz Narrative: LUPITAS CHECKED
09/28/2014 : 03:49:49 jlorentz Narrative: UCAN CHECKED
09/28/2014 : 03:48:09 jlorentz Narrative: CBD

Exhibit 1 - Page 7

Page: 2 of 2

City 001722

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/19/2019 15:20 | | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | | **ORI Number:**    OR0170100 |

**Incident:    2015-00044864**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 11/8/2015 8:21:34 AM | **Incident Type:** | Patrol Check |
| **Location:** | SW 6TH ST /  SW G ST | **Venue:** | Grants Pass |
| | 97526 | | |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | Routine |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 168 | 51478-Lorentz |
| 187 | 22812-Schmidt |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | SCOTT, PEGGY SUE | TRANSIENT | | White | Female | ███████ |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| No Report | 2 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Exhibit 1 - Page 8

City 002155

**11/08/2015 : 10:01:43 jlorentz Narrative: THE RAIN APPEARED TO KEEP THE TRANSIENTS AWAY AS DOWNTOWN WAS PRACTICALLY EMPTY. I CHECKED MANY OF THE COVERED AREAS AND LOCATED PEGGY SCOTT UNDER THE COWBOY CORRAL AWNING. NO OTHER CONTACTS MADE AND NO OTHER VIOLATIONS OBSERVED. CBD WAS INTERRUPTED FOR TWO DOMESTIC DISTURBANCES AND 1 METH-PSYCHOSIS CALL.**
**11/08/2015 : 09:37:03 jlorentz Narrative: PEGGY SCOTT CITED FOR VCO -SLEEPING ON SIDEWALK AFTER SHE WAS OBSERVED SLEEPING IN FRONT OF 421 SE 6TH STREET.**
**11/08/2015 : 09:29:18 chill Narrative: 082515 15-33424**
**11/08/2015 : 09:28:59 chill Narrative: 110815 15-44855**
**11/08/2015 : 09:27:03 chill Narrative: TWO PRIORS ON 8/25/25 AND 11/08/15 CONTACTED AND WARNED CAMPING**
**11/08/2015 : 09:24:37 chill Narrative: C4**
**11/08/2015 : 09:21:45 chill Narrative: OUT WITH ONE**
**11/08/2015 : 08:21:34 jlorentz Narrative: Early CBD**

Exhibit 1 - Page 9

City 002156

Page: 2 of 2

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/19/2019 17:40 | | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | | **ORI Number:** OR0170100 |

**Incident:**    **2016-00059522**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 12/23/2016 7:52:59 PM | **Incident Type:** | Patrol Check |
| **Location:** | 129 SE H ST | **Venue:** | Grants Pass |
| | GRANTS PASS OR 97526 | | |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | In Progress |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 130 | 51694-Fauver |
| 182 | 55149-Corley |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | PYLE, JAMES ROBERT | HOMELESS | | White | Male | ████ |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| Citation | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Exhibit 1 - Page 10

City 002294

**12/23/2016 : 20:01:47 rfauver Narrative: WMA, PYLE CITED VCO-CAMPING**
**12/23/2016 : 19:52:59 jleppla Narrative: OUT WITH ONE**

Exhibit 1 - Page 11

City 002295

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/19/2019 17:42 | | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | | **ORI Number:**    OR0170100 |

**Incident:    2016-00059566**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 12/24/2016 3:03:52 AM | **Incident Type:** | Patrol Check |
| **Location:** | 130 SE J ST | **Venue:** | Grants Pass |
| | GRANTS PASS OR 97526 | | |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | In Progress |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 130 | 51694-Fauver |
| 182 | 55149-Corley |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | PYLE, JAMES ROBERT | HOMELESS | | White | Male | ▬▬▬ |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| Citation | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

Exhibit 1 - Page 12

City 002296

**12/24/2016 : 03:17:48 rfauver Narrative: PYLE WAS CITED FOR THE SECOND TIME TONIGHT FOR VCO CAMPING**
**12/24/2016 : 03:11:48 jleppla Narrative: TRESPASS ENTERED FOR PYLES AT I/L**

Exhibit 1 - Page 13

Page: 2 of 2

City 002297

# Incident Report

| | |
|---|---|
| **Print Date/Time:** 09/19/2019 17:44 | Grants Pass Department of Public Safety |
| **Login ID:** tmcclure | **ORI Number:** OR0170100 |

**Incident:** 2016-00059567

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 12/24/2016 4:38:12 AM | **Incident Type:** | Patrol Check |
| **Location:** | SE G ST / SW LEONARD ST | **Venue:** | Grants Pass |
| | GRANTS PASS OR 97526 | | |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | Routine |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 130 | 51694-Fauver |
| 182 | 55149-Corley |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | PYLE, JAMES ROBERT | HOMELESS | | White | Male | ███████ |
| 2 | Inquiry | WINGE, ANTHONY EDWARD | 1636 NW WASHINGTON BLVD GRANTS PASS OR 97526 | | White | Male | ███████ |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| No Report | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Exhibit 1 - Page 14

City 002298

# CAD Narrative

**12/24/2016 : 05:05:07 rfauver Narrative: PYLE CITED FOR VCO CAMPING FOR THE 3RD TIME TONIGHT**
**12/24/2016 : 05:03:38 jleppla Narrative: TRESPASS ENTERED FOR PYLES AT 321 SE 6TH ST**
**12/24/2016 : 04:58:11 jleppla Narrative: OUT WITH PYLES**
**12/24/2016 : 04:57:52 jleppla Narrative: 130 OUT WITH ONE, IFO 321 SE 6TH ST**
**12/24/2016 : 04:56:48 scorley Narrative: ...**
**12/24/2016 : 04:56:40 scorley Narrative: CONTACTED WINGE, WARNED VCO CAMPING AND TRESPASSED FROM THE I/L.**
**NO REPORT.**
**12/24/2016 : 04:55:20 jleppla Narrative: TRESPASS ENTERED FOR WINGE AT 111 SE 6TH ST**
**12/24/2016 : 04:52:47 jleppla Narrative: 182 OUT WITH ONE, 111 SE 6TH**
**12/24/2016 : 04:38:12 scorley Narrative: CBD**

Exhibit 1 - Page 15

City 002299

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/26/2019 11:23 | | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | | **ORI Number:** OR0170100 |

**Incident:** 2017-00059429

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 12/9/2017 8:11:09 AM | **Incident Type:** | Patrol Check |
| **Location:** | SW 6TH ST / SW G ST | **Venue:** | Grants Pass |
| | GRANTS PASS OR 97526 | | |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | Routine |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 161 | 51187-Perkins |
| 168 | 51478-Lorentz |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | HAUBBERT, NADEAN ALEXANDRA | 4273 MIDWAY AVE | | White | Female | ▆▆▆▆ |
| | | | GRANTS PASS OR 97527 | | | | |
| 2 | Inquiry | MCCULLOUGH, JOHN ALAN | TRANSIENT | 541-226-1036 | White | Male | ▆▆▆▆ |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| Citation | 1 |
| No Report | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Exhibit 1 - Page 16

City 002573

**CAD Narrative**

12/09/2017 : 10:01:53 jlorentz Narrative: The morning was brisk with a thick coverage of fog and roads were icy in some areas. Very few people were observed walking the sidewalks and CBD area at the beginning of CBD. Toward the end of CBD, it became significantly more busy with pedestrians. I checked the numerous areas individuals are known to camp and trespass.  Areas checked include 307 NW E Street, Newman Methodist, Studio B, River Valley Church, the Library, Post Office, Town Center Plaza, North Safeway, Rogue Cleaners, three A-1 markets, Planned Parenthood, 8th and 5th street lookouts, Elks lodge, Climate City Brewing, Bridge Street Market, 7-11/Gates. HVE was also conducted on the streets and alleys in the CBD area. Contact made with Angelia Bennett who did not want to have a cordial conversation and instead chose to leave the area. Tiffin was FI'd near Climate City Brewing and moved along. Nadean Haubbert and John Mccullough setup campsites at 4th and F street to include bedrolls, blankets and pillows; they were each cited for VCO - camping prohibited and moved along.
12/09/2017 : 09:51:16 nlatourrette Narrative: CODE 4
12/09/2017 : 09:51:12 nlatourrette Narrative: OUT ON CITE
12/09/2017 : 09:43:17 nlatourrette Narrative: OUT WITH 2 IN THE PARKING LOT OF GROWERS MARKET
12/09/2017 : 09:04:35 jlorentz Narrative: FI Angelia Bennett
12/09/2017 : 08:11:09 jlorentz Narrative: Early CBD

Exhibit 1 - Page 17

City 002574

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/27/2019 07:47 | | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | | **ORI Number:**    OR0170100 |

**Incident:    2018-00027809**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 6/10/2018 7:54:39 AM | **Incident Type:** | Patrol Check |
| **Location:** | SW 6TH ST /  SW G ST 97526 | **Venue:** | Grants Pass |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | Routine |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 135 | 53559-Hjelmeir |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | CLAWSON, KATHERINE MICHELLE | 4603 ROGUE RIVER HWY | | White | Female | ▬ |
| | | | Gold Hill OR 97525 | | | | |
| 2 | Inquiry | HILL, GEORGETTE LYNN | \<UNKNOWN\> | 541-557-5729 | White | Female | ▬ |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| Plate Inquiry | | | | | | R638824 | OR |

Disposition(s)

| Disposition | Count |
|---|---|
| Citation | 1 |
| No Report | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Exhibit 1 - Page 18

City002688

06/10/2018 : 09:12:10 qhjelmeir Narrative: Area checks: Pregnancy Care Center, MacGraphically Yours, located a safeway shopping cart on the sidewalk IVO L St / 7th St and another in the alley between 8/9 and J/K, a VM was left for the shopping cart rescue service, Hart Insurance, the Muff Shop, The Key Man, APS, Express Cuts, old UCAN building, Children's Advoc. Cntr, City Hall, Ann Basker Building, Studio 121, Eaden Ballroom,  Observed Georgette Hill, WFA walking down the street w/a blanket, she was no wants. Contacted Katherine Clawson, WFA camping in an RV w/exp tags IFO the old Elks Lodge on K St, she had previously been warned for camping on 6/7/18 by 138.  She was cited VCO Prohibited Camping and stated she has a friend picking the veh up today to store on their property.  Clawson had bike parts and trash scattered all over the sidewalk and around the RV, she picked up the majority of these items during our contact.  Was advised of a person sleeping at a Church Annex on C St, upon arrival a blanket was observed but the person was GOA.  NR
06/10/2018 : 08:40:15 smiller Narrative: NO WANTS
06/10/2018 : 08:39:41 smiller Narrative: ED10D1200 SER NUMBER
06/10/2018 : 07:54:39 qhjelmeir Narrative: CBD

Exhibit 1 - Page 19

City002689

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/19/2019 18:43 | | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | | **ORI Number:**    OR0170100 |

**Incident:    2017-00040822**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 8/26/2017 9:37:56 PM | **Incident Type:** | Ordinance Violation |
| **Location:** | 717 SW BURGESS ST | **Venue:** | Grants Pass |
| | GRANTS PASS OR 97526 | | |
| **Phone Number:** | 541-441-6654 | **Source:** | Phone |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | Not In Progress |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 163 | 55626-Claffey |
| 183 | 23127-Ridenour |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | LEE, JERRY LYNN | 810 NE VICTORIA ST 6 | 541-450-8080 | White | Male | ▆▆▆▆ |
| | | | GRANTS PASS OR 97526 | | | | |
| 2 | Inquiry | HOLLAND, CASSIE | | 541-441-6654 | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| Citation | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

Exhibit 1 - Page 20

City 002510

**CAD Narrative**

08/26/2017 : 22:10:48 gridenour Narrative: CONTACTED JERRY LEE SLEEPING IN THE VAN.  HE WAS CITED FOR
CAMPING IN THE CITY LIMITS  AND TOLD TO VACATE THE VAN.  HE DID AND WALKED OFF  WITH IS CITATION.
WILL CHECK  AGAIN ON THIS VAN SEVERAL  MORE TIMES TONIGHT.
08/26/2017 : 21:40:31 emichael Narrative: VEHICLE WAS TAGGED FOR TOW EARLIER TODAY
08/26/2017 : 21:40:23 emichael Narrative: ***COMPL REQUEST SUBJ BE WARNED REGARDING CAMPING IN CITY LIMITS
08/26/2017 : 21:39:36 emichael Narrative: MALE SUBJ, NFI
08/26/2017 : 21:39:20 emichael Narrative: 1 SUBJ
08/26/2017 : 21:39:03 emichael Narrative: SUBJS ARE SLEEPING
08/26/2017 : 21:38:56 emichael Narrative: COMPL STATED SUBJS ARE BACK INSIDE THE VEHICLE
08/26/2017 : 21:38:45 emichael Narrative: ASSOC. INCIDENT #17-40742, 17-40801
08/26/2017 : 21:38:31 emichael Narrative: VEHICLE: RED CHEVY VAN  NO PLATES

Exhibit 1 - Page 21

City 002511

# Incident Report

| | | |
|---|---|---|
| **Print Date/Time:** | 09/19/2019 18:46 | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | **ORI Number:** OR0170100 |

**Incident:** 2017-00040845

| | | | | |
|---|---|---|---|---|
| **Incident Date/Time:** | 8/27/2017 12:44:36 AM | | **Incident Type:** | Suspicious Activity |
| **Location:** | 717 SW BURGESS ST | | **Venue:** | Grants Pass |
| | GRANTS PASS OR 97526 | | | |
| **Phone Number:** | 541-441-6654 | | **Source:** | Phone |
| **Report Required:** | No | | **Priority:** | Priority 3 |
| **Prior Hazards:** | No | | **Status:** | In Progress |
| **LE Case Number:** | | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 183 | 23127-Ridenour |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | CRUZ, DAWN ELLEN | 313 SE J ST GRANTS PASS OR 97526 | 541-441-9912 | White | Female | ▆▆▆▆ |
| 2 | Inquiry | LEE, JERRY | | | | | ▆▆▆▆ |
| 3 | Inquiry | MASON, CATHERINE | | | | | ▆▆▆▆ |
| 4 | Inquiry | HOLLAND, CASSIE D | 715 SW BURGESS ST GRANTS PASS OR 97526 | 541-801-6324 | White | Female | ▆▆▆▆ |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| Citation | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

Exhibit 1 - Page 22

City 002512

**08/27/2017 : 01:09:20 gridenour Narrative: JERRY LEE WAS AGAIN IN THE VAN LYING DOWN HAVING MEAL.  HE HAD TWO FRIENDS WITH HIM.  CRUZ AND MASON  WARNED FOR CAMPING AND TOLD THEY WOULD  BE  CITED IF THEY RETURNED.  LEE CITED  AGAIN FOR CAMPING IN THE CITY LIMITS AND TOLD TO VACATE THE VAN FOR THE NIGHT.  HE LEFT ON FOOT.  WILL BE CHECKING THIS VAN AGAIN THROUGHOUT THE NIGHT.**
**08/27/2017 : 01:01:42 ddemello Narrative: OUT W 3**
**08/27/2017 : 00:47:39 jleppla Narrative: THEN WENT BACK TO WHAT THEY WERE DOING**
**08/27/2017 : 00:47:28 jleppla Narrative: APPROACHED THE SUBJS AND ASKED THEM TO LEAVE AND THEY STARTED YELLING AT HER**
**08/27/2017 : 00:47:19 jleppla Narrative: COMPL BELIEVES THERE IS DRUG ACTIVITY GOING ON IN THE VEH**
**08/27/2017 : 00:46:52 jleppla Narrative: COMPL DOB** ▆▆▆
**08/27/2017 : 00:45:49 jleppla Narrative: THERE ARE AT LEAST TWO PEOPLE IN THE VAN**
**08/27/2017 : 00:45:34 jleppla Narrative: TIRES HAVE BEEN MARKED, 72 HOUR TAG ON THE VEH**
**08/27/2017 : 00:45:28 jleppla Narrative: VAN HAS BEEN PARKED ON THE STREET FOR THE LAST FEW DAYS**
**08/27/2017 : 00:45:10 jleppla Narrative: SUBJS IN THE VAN WOKE UP COMPL**
**08/27/2017 : 00:44:58 jleppla Narrative: RED CHEVY VAN, NO PLATES**

Exhibit 1 - Page 23

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/19/2019 18:49 | | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | | **ORI Number:** OR0170100 |

**Incident:** 2017-00040868

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 8/27/2017 5:19:20 AM | **Incident Type:** | Patrol Check |
| **Location:** | 717 SW BURGESS ST | **Venue:** | Grants Pass |
| | GRANTS PASS OR 97526 | | |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | Routine |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 183 | 23127-Ridenour |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | LEE, JERRY LYNN | 810 NE VICTORIA ST 6 GRANTS PASS OR 97526 | 541-450-8080 | White | Male | ▇▇▇▇ |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| Citation | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Exhibit 1 - Page 24

City 002514

**CAD Narrative**

08/27/2017 : 05:26:15 gridenour Narrative: WOKE JERRY LEE UP FROM A DEAD SLEEP .  HE  WAS AGAIN SLEEPING IN THE VAN.  HE WAS  CITED FOR CAMPING IN THE CITY LIMITS  AND TOLD TO VACATE THE VAN.  HE DID AND WALKED OFF WITH HIS  CITE.
08/27/2017 : 05:21:28 ddemello Narrative: OUT W/ 1

Exhibit 1 - Page 25

Page: 2 of 2

City 002515

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/19/2019 18:50 | | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | | **ORI Number:**     OR0170100 |

**Incident:     2017-00041000**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 8/28/2017 3:51:03 AM | **Incident Type:** | Patrol Check |
| **Location:** | 717 SW BURGESS ST | **Venue:** | Grants Pass |
| | GRANTS PASS OR 97526 | | |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | Routine |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 163 | 55626-Claffey |
| 183 | 23127-Ridenour |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | LEE, JERRY LYNN | 810 NE VICTORIA ST 6 | 541-450-8080 | White | Male | ▆▆▆▆▆ |
| | | | GRANTS PASS OR 97526 | | | | |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| Citation | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

Exhibit 1 - Page 26

City 002516

**CAD Narrative**

08/28/2017 : 04:01:41 gridenour Narrative: JERRY CITED FOR PROHIBITED CAMPING IN THE CITY LIMITS. HE WAS AGAIN SLEEPING IN THE VAN.  HE LEFT WITH HIS CITATION.  WILL CHECK AGAIN LATER.
08/28/2017 : 03:53:51 kromero Narrative: OUT W/ JERRY LEE IN VAN

Exhibit 1 - Page 27

City 002517

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/19/2019 18:52 | | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | | **ORI Number:**    OR0170100 |

**Incident:    2017-00041009**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 8/28/2017 5:00:54 AM | **Incident Type:** | Patrol Check |
| **Location:** | 717 SW BURGESS ST | **Venue:** | Grants Pass |
| | GRANTS PASS OR 97526 | | |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | Routine |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 183 | 23127-Ridenour |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | LEE, JERRY LYNN | 810 NE VICTORIA ST 6 GRANTS PASS OR 97526 | 541-450-8080 | White | Male | ▮▮▮▮ |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| No Report | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

Exhibit 1 - Page 28

City 002518

**CAD Narrative**

08/28/2017 : 05:06:45 gridenour Narrative: JERRY AGAIN FOUND SLEEPING IN THE VAN TAGGED FOR ABANDONED.
WOKE HIM UP AND HE WAS CITED FOR PROHIBITED  CAMPING IN THE CITY LIMITS.  HE LEFT ON FOOT.
08/28/2017 : 05:03:35 kromero Narrative: OUT W/ JERRY LEE

Exhibit 1 - Page 29

Page: 2 of 2

City 002519

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/19/2019 18:54 | | Grants Pass Department of Public Safety |
| **Login ID:** | tmcclure | | **ORI Number:** OR0170100 |

**Incident:** **2017-00041015**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 8/28/2017 5:41:08 AM | **Incident Type:** | Patrol Check |
| **Location:** | 717 SW BURGESS ST | **Venue:** | Grants Pass |
| | GRANTS PASS OR 97526 | | |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | Routine |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 183 | 23127-Ridenour |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | LEE, JERRY LYNN | 810 NE VICTORIA ST 6 GRANTS PASS OR 97526 | 541-450-8080 | White | Male | ▆▆▆▆ |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|
| Citation | 1 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

Exhibit 1 - Page 30

City 002520

**CAD Narrative**

08/28/2017 : 05:49:28 gridenour Narrative: JERRY LEE WAS AGAIN ASLEEP IN THE VAN.  HE WAS CITED FOR PROHIBITED CAMPING IN THE CITY LIMITS.  CONTINUES TO DISREGARD THE CITY ORDINANCE AND RETURNS TO THE VAN TO SLEEP AS SOON AS POLICE LEAVE THE AREA.  DAYSHIFT NEEDS TO CHECK ON THE VAN THIS MORNING AND CSO TO FOLLOW UP FOR TOW.
08/28/2017 : 05:42:48 kromero Narrative: OUT W/ JERRY LEE

Exhibit 1 - Page 31

Page: 2 of 2

City 002521



# Grants Pass Department of Public Safety

## TRESPASS REPORT

| Date 6·27·19 | Time 0650 hrs. | Case # 19-30767 |
|---|---|---|
| Complainant NA | | Phone # NA |

Incident Address 109 NE Evelyn Ave

| Prior Warning Yes (No) | Most recent warning date NA | Prior warning Officer NA |
|---|---|---|

Related CAD Incidents 19-29837 - Cited for camping prohibited

### ARRESTEE

| Name: Last Bannon | First Colleen | MI | Sex M (F) | DOB ▮▮▮ | Phone NA |
|---|---|---|---|---|---|
| Race Wht | Age 72 | Height 5'5" | Weight 140 lbs | Hair Brw | Eye Brw | ID or DL Number/State 5812001 |

Address Transient                    Disposition Cited and trespassed from city parks

Reason for Contact Observed camping in city park

Associates

*Narrative on back*

## GRANTS PASS EXCLUSION ORDER

Date: 6·27·19                                    Time: 0655

You, Colleen Bannon, are hereby excluded from all city parks within the City of Grants Pass, for a period of 30 days from the date of this Exclusion Order. If you are found to be on City property prior to the expiration of this Exclusion Order, you will be arrested.

You may file a written objection of this Exclusion Order with the City of Grants Pass, to the attention of the City Manager, within two business days of the date of this Exclusion Order. The written objection must state the relief sought. The City Council shall determine whether the Exclusion Order is upheld, shortened, or rescinded. The Exclusion Order shall remain in effect during the pendency of the objection.

Issuing Officer: Artoff                    DPSST #: 54323

Exhibit 1 - Page 32

101 NW "A" Street, Grants Pass Oregon 97526 * 541-450-6260

# OREGON UNIFORM CITATION AND COMPLAINT

**MD04350** | COMPLAINT/SUMMONS | **MD04350**

Use for All Violations or Crimes Where Separate Complaint Will Not be Filed./ORS 153.045 or 133.069

☐ CRIME(S)    OR    ☒ VIOLATION(S) Type: **OTHER**
(see A below) (Not Both) (see B below)

STATE OF OREGON
CITY/OTHER PUBLIC BODY: **GRANTS PASS**
COUNTY OF: **JOSEPHINE**
Case No.: **19-62661**
Court: **JOSEPHINE CO CIRCUIT COURT**

**DMV Use Only**

| **DEFENDANT** The undersigned certifies and says that the following person: | Reserved for D.A. Use |
|---|---|
ID Type: **NO ID PRES**   ID No: **2293174**    State: **OR**   Ph.:
Name: Last: **NEVIN**
First: **DOLORES**     MI: **DIANE**
Address: **6TH AND 7TH ST**
City: **GRANTS PASS**   State: **OR**   Zip: **97526**   Passenger: ☐
Sex: **F**   Race: **WHT**   DOB: ~~~~~~   Hgt.: **5'01"** Wgt.: **120**   Hair: **BRO**
Eyes: **BRO**   Lic. Exp.: **2013**   Juv.: ☐ Lic.Class: **C**   Emp.to Drive: ☐

**TIME/PLACE**
At the following time and place in the above-mentioned state and county:
On or About Date/Time: **12/31/2019**    **06:10 AM**
At or Near     City
**RIVERSIDE PARK**

        **GRANTS PASS**
NB: ☐   SB: ☐   EB: ☐   WB: ☐
Highway: ☐   Premise Open to Public: ☒ Other: ☐

**VEHICLE** Involving the following:
Year:   Make:   Model:
Color:    Type:
Regis/Vin/ID#:      State:
Accident: ☐   Prop. Damage: ☐   Injury: ☐   Endanger Other: ☐
Com'l Veh: ☐   Haz Mat: ☐   Driver Not Reg. Owner: ☐
Other:           Com'l Pass: ☐

**OFFENSE(S)** Did then and there commit the following offense(s):
HWY Work Zone: ☐   School Zone: ☐   VBR: ☐   Safety Corridor: ☐
Radar: ☐   Pace: ☐   Laser: ☐   Other: ☐
Alleged Speed:   Designated Speed:   Posted Limit: ☐
Offense #:   **5.57.020**
     **TRESPASS ON CITY PROPERTY**
Warning: ☐
Presumptive Fine1: **$295.00**
   Intentional: ☐   Knowing: ☒   Reckless: ☐
Criminal Negligence: ☐   No Culpable Mental State: ☐
Offense #:
Warning: ☐
Presumptive Fine2:
   Intentional: ☐   Knowing: ☐   Reckless: ☐
Criminal Negligence: ☐   No Culpable Mental State: ☐
Offense #:
Warning: ☐
Presumptive Fine3:
   Intentional: ☐   Knowing: ☐   Reckless: ☐
Criminal Negligence: ☐   No Culpable Mental State: ☐

**OTHER**
NEVIN WAS FOUND SLEEPING IN THE PARK DURING CLOSED HOURS
Expl.:

**SIGNATURE**
I certify under ORS 153.045 and 153.990 and under other applicable law and under penalties for false swearing, do swear/affirm that I have sufficient grounds to and do believe that the above-mentioned defendant/person committed the above offense(s) and I have served the defendant/person with this complaint.

Signature of Officer:
Officer name1: **MCGINNIS,JASON.**     Officer ID: **54243**
Officer name2: **ARTOFF,TIM.**     Officer ID: **54323**
Agency Name: **GRANTS PASS DPS**
Issue Date: **12/31/2019**

**YOUR COURT APPEARANCE DATE,TIME AND LOCATION ARE**
**01/28/2020**     **09:00 AM**
Location: **JOSEPHINE CO CIRCUIT COURT**
     **500 NW 6TH STREET**
     **GRANTS PASS**     **OR**   **97526**
     **541-476-2309**

---

**RECORD AND:** ☐ CIRCUIT COURT REGISTER   ☐ JUSTICE COURT DOCKET
           ☐ MUNICIPAL COURT DOCKET
**HANDLED BY:** ☐ VIOLATIONS BUREAU       ☐ COURT
**BASED ON:** ☐ WRITTEN SUBMISSION     ☐ APPEARANCE

| DATE | EVENT/NOTES | INITIAL |
|---|---|---|
| | COMPLAINT FILED | |
| | WRITTEN RESPONSE RECEIVED | |
| | ARRAIGNED   ☐ MISD.   ☐ 161.566 OR   ☐ VIOL.   ☐ 161.568 (REDUCTION) | |
| | SECURITY RELEASE AT: $    RECEIPT NO. | |
| | COURT/JURY TRIAL     (☐ WAIVED) | |
| | CRIMINAL RIGHTS GIVEN | |
| | ATTORNEY:   OSB#:   (☐ WAIVED) | |
| | WARRANT ORDERED    ISSUED: | |
| | DIVERSION AGREEMENT | |
| | CONTINUED TO    REASON: | |
| | ☐ ORS 135.355 CONDITIONAL PLEA | |

THE ATTACHED ADDITIONS TO THIS RECORD/REGISTER ARE INCORPORATED
BY REFERENCE, SEE PAGE(S): ☐ 1 (BY_____); ☐ 2 (BY_____);

**JUDGMENT OF THE COURT** (SUBMIT ABSTRACT COPY UNDER ORS 153.11)

| # | PLEA | OFF RESPONSE/ CHANGE PLEA | FINDING DETERMINATION | SITE OFFENSE | TYPE | CLASS |
|---|---|---|---|---|---|---|
| 1 | G NG NC FTA | G NG | C A DISM | | V M | A B C D OTH |
| 2 | G NG NC FTA | G NG | C A DISM | | V M | A B C D OTH |
| 3 | G NG NC FTA | G NG | C A DISM | | V M | A B C D OTH |

DISPOSITION: ☐ 137.533 DEFERRED SENTENCE   ☐ SENT IMP. SUS.
       ☐ DR. PRIV. SUSP._____ (TIME) CONV.SPD._____

JAIL:_____
PROBATION/OTHER:_____

THE ATTACHED ADDITIONS TO THIS JUDGMENT ARE INCORPORATED BY
REFERENCE, SEE PAGE(S): ☐ 1 (BY_____); ☐ 2 (BY_____); ☐ 3 (BY_____);

| MONEY JUDGMENT | OFFENSE 1 | | OFFENSE 2 | | OFFENSE 3 | |
|---|---|---|---|---|---|---|
| MONEY OBLIGATION | IMPOSE | SUSPEND | IMPOSE | SUSPEND | IMPOSE | SUSPEND |
| FINE | | | | | | |
| COSTS | | | | | | |
| RESTITUTION | | | | | | |
| | | | | | | |
| TOTAL ▶ | | | | | | |

TOTAL AMOUNT TO PAY THAT IS NOT SUSPENDED
(FROM OFFENSES 1,2 AND 3) $_____

TERMS OF PAYMENT:_____

☐ ALL MONEYS, INCLUDING SUSPENDED MONEYS, BECOME DUE IMMEDIATELY
UNDER ORS 153.090(4) IF NONSUSPENDED MONEYS NOT PAID IN
ACCORDANCE WITH TERMS OF PAYMENT.
THE ATTACHED ADDITIONS TO THIS MONEY JUDGMENT ARE INCORPORATED
BY REFERENCE, SEE PAGE(S): ☐ 1 (BY_____); ☐ 2 (BY_____);

JUDGMENT CREDITOR: ☐ STATE OF OREGON   ☐ OTHER_____
JUDGMENT DEBTOR: ☐ DEFENDANT     ☐ OTHER_____

| DATE: | SIGNATURE OF: ☐ JUDGE ( ☐ VIOLATIONS CLERK, WHERE ALLOWED ) |
|---|---|

Exhibit 1 - Page 33

# Incident Report

| **Print Date/Time:** | 01/10/2020 10:26 | | | | Grants Pass Department of Public Safety | | |
|---|---|---|---|---|---|---|---|
| **Login ID:** | tmcclure | | | | | **ORI Number:** | OR0170100 |
| | | | **Incident:** | 2019-00062661 | | | |

| **Incident Date/Time:** | 12/31/2019 6:09:26 AM | **Incident Type:** | Patrol Check |
|---|---|---|---|
| **Location:** | 304 E  PARK ST | **Venue:** | Grants Pass |
| | GRANTS PASS OR 97527 | | |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | Priority 5 |
| **Prior Hazards:** | No | **Status:** | Routine |
| **LE Case Number:** | | **Nature of Call:** | |

### Unit/Personnel

| Unit | Personnel |
|---|---|
| 162 | 54243-McGinnis |

### Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Inquiry | NEVIN, DOLORES DIANE | 6TH & 7TH ST OR | 541-291-2290 | White | Female | ▓▓▓▓ |

### Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

### Disposition(s)

| Disposition | Count |
|---|---|
| Shift Notes (NIT) | 1 |
| Citation | 1 |

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 2

Exhibit 1 - Page 34

City 002845

**CAD Narrative**

12/31/2019 : 06:21:32 jmcginnis Narrative: During an area check of Riverside Park, Delores Nevin was found sleeping during closed hours. Nevin, who has been warned in the past, was issued a citation for Trespass on City Property and trespassed from all city parks for 30 days, as she had been previously cited in parks.
12/31/2019 : 06:13:41 kromero Narrative: CODE 4
12/31/2019 : 06:13:39 kromero Narrative: 30 DAY CITY PARKS TRESPASS ENTERED FOR NEVIN
12/31/2019 : 06:13:18 kromero Narrative: OUT WITH DOLORES NEVIN

Exhibit 1 - Page 35
City 002846