Gerald L. Warren, OSB #814146
*gwarren@geraldwarrenlaw.com*
Aaron P. Hisel, OSB #161265
*ahisel@geraldwarrenlaw.com*
901 Capitol St. NE
Salem, OR  97301
  Telephone: (503) 480-7250
  Fax: (503) 779-2716
  Attorneys for Defendant-Appellant

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| DEBRA BLAKE, GLORIA JOHNSON, JOHN LOGAN, individuals, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF GRANTS PASS,<br><br>        Defendant. | Case No. 1:18-cv-01823-CL<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that defendant City of Grants Pass appeals to the United States Court of Appeals for the Ninth Circuit from a Judgment entered in this action against the City on August 26, 2020, by the Honorable United States Magistrate Judge Mark Clarke.

    Respectfully submitted this 26th day of August, 2020.

                                                       s/ Gerald L. Warren
                                            Gerald L. Warren, OSB #814146
                                            Aaron P. Hisel, OSB #161265
                                            Attorneys for Defendant-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT-APPELLANT'S NOTICE OF APPEAL on:

    Walter F. Fonseca
    Oregon Law Center
    P.O. Box 429
    Grants Pass, OR 97528

    Edward Johnson
    Oregon Law Center
    522 SW 5th Ave., Ste. 812
    Portland, OR 97204
        Attorneys for Plaintiffs

by the following indicated method or methods:

[X]     by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

[ ]     by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

[ ]     by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to each attorney's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 26th day of August, 2020.

                              s/ Gerald L. Warren
                              Gerald L. Warren, OSB #814146
                              Aaron P. Hisel, OSB #161265
                              Attorneys for Defendant-Appellant