**Walter Fonseca,** OSB #136349
**Eric T. Dahlin,** OSB #945439
wafonseca@oregonlawcenter.org
edahlin@oregonlawcenter.org
**OREGON LAW CENTER**
424 NW Sixth Street, Suite 102
Grants Pass, OR 97528
Phone (541) 476-2154
Fax (541) 476-4478

**Edward Johnson,** OSB #965737
ejohnson@oregonlawcenter.org
**OREGON LAW CENTER**
522 SW Fifth Ave, Suite 812
Portland, OR 97204
Phone (503) 473-8310
Fax (503) 295-0676

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **DEBRA BLAKE, GLORIA JOHNSON, JOHN LOGAN,** individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF GRANTS PASS,**<br><br>Defendant. | Case No. 1:18-cv-01823-CL<br><br>**SUPPLEMENTAL JUDGMENT** |

Having issued a Judgment in this matter on August 26, 2020 and having granted plaintiffs' fees and costs by separate Order;

It is hereby adjudged:

1 SUPPLEMENTAL JUDGMENT

1. Plaintiffs are awarded the amount of $300,000, for their costs and attorney fees, with interest to be calculated consistent with the Federal Rules of Civil Procedure and 28 U.S.C. § 1961 from the date of entry of judgment;

2. Plaintiffs have agreed to not seek to collect on the awarded fees and costs pending appeal.

It is so Adjudged.

DATED this 5 day of October, 2020.

_____
Mark A. Clarke, Magistrate Judge

2 SUPPLEMENTAL JUDGMENT