Gerald L. Warren, OSB #814146
*gwarren@geraldwarrenlaw.com*
Aaron P. Hisel, OSB #161265
*ahisel@geraldwarrenlaw.com*
901 Capitol St. NE
Salem, OR  97301
  Telephone: (503) 480-7250
  Fax: (503) 779-2716
   Attorneys for Defendant-Appellant

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| DEBRA BLAKE, GLORIA JOHNSON, JOHN LOGAN, individuals, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF GRANTS PASS,<br><br>        Defendant. | Case No. 1:18-cv-01823-CL<br><br>**AMENDED NOTICE OF APPEAL** |

Pursuant to FRAP 4(a)(4)(B), Defendant City of Grants Pass hereby provides this Amended Notice of Appeal from the District Court's October 5, 2020 Supplemental Judgment awarding attorney fees to plaintiffs.  This Notice of Appeal amends and adds to the appeal from the judgment in the original appeal dated August 26, 2020, Ninth Circuit No. 20-35752.

  Respectfully submitted this 8th day of October, 2020.

                                    s/ Gerald L. Warren
                              Gerald L. Warren, OSB #814146
                              Aaron P. Hisel, OSB #161265
                              Attorneys for Defendant-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT-APPELLANT'S AMENDED NOTICE OF APPEAL on:

Walter F. Fonseca
Oregon Law Center
P.O. Box 429
Grants Pass, OR 97528

Edward Johnson
Oregon Law Center
522 SW 5th Ave., Ste. 812
Portland, OR 97204
    Attorneys for Plaintiffs

by the following indicated method or methods:

[X]    by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

[ ]    by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

[ ]    by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to each attorney's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 8th day of October, 2020.

    s/ Gerald L. Warren
Gerald L. Warren, OSB #814146
Aaron P. Hisel, OSB #161265
Attorneys for Defendant-Appellant