Gerald L. Warren, OSB #814146
*gwarren@geraldwarrenlaw.com*
Law Office of Gerald L. Warren and Associates
901 Capitol St. NE
Salem, OR  97301
   Telephone: (503) 480-7252
   Fax: (503) 779-2716

Aaron P. Hisel, OSB #161265
*aaron@montoyahisellaw.com*
Law Offices of Montoya, Hisel and Associates
901 Capitol St. NE
Salem, OR  97301
   Telephone: (503) 480-7250
   Fax: (503) 779-2716
      Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| DEBRA BLAKE, an individual, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF GRANTS PASS,<br><br>              Defendant. | Case No. 1:18-cv-01823-CL<br><br>**NOTICE OF CHANGE OF CONTACT INFORMATION** |

PLEASE TAKE NOTICE:

**Effective July 16, 2021**, the contact information for attorney Aaron P. Hisel is:

>Aaron P. Hisel, OSB #161265
>*aaron@montoyahisellaw.com*
>Law Offices of Montoya, Hisel and Associates
>901 Capitol St. NE
>Salem, OR 97301
>   Telephone: (503) 480-7250
>   Fax: (503) 779-2716

Page 1 – **NOTICE OF CHANGE OF CONTACT INFORMATION**

The undersigned counsel respectfully requests that the Court and all counsel update their records to reflect these changes.

DATED this 16th day of July, 2021.

s/ Aaron P. Hisel<br>
Gerald L. Warren, OSB #814146<br>
Aaron P. Hisel, OSB #161265<br>
Attorneys for Defendant

Page 2 – **NOTICE OF CHANGE OF CONTACT INFORMATION**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF CHANGE OF CONTACT INFORMATION on:

Walter F. Fonseca
Eric T. Dahlin
Oregon Law Center
P.O. Box 429
Grants Pass, OR 97528

Edward Johnson
Oregon Law Center
522 SW 5th Ave., Ste. 812
Portland, OR 97204
    Attorneys for Plaintiffs

by the following indicated method or methods:

☒   by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

    by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

    by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to each attorney's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 16th day of July, 2021.

                    s/ Aaron P. Hisel
                    Aaron P. Hisel, OSB #161265
                    Attorney for Defendant