**Nicolle L. Jacoby** (*pro hac vice*)
nicolle.jacoby@dechert.com
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Phone (212) 698-3500
Fax (212) 698-3599

**Tharuni A. Jayaraman** (*pro hac vice*)
tharuni.jayaraman@dechert.com
**DECHERT LLP**
1900 K Street NW
Washington, DC 20006
Phone (202) 261-3330
Fax (202) 261-3333

*Attorneys for Amicus Curiae*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **DEBRA BLAKE, GLORIA JOHNSON, JOHN LOGAN,** individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF GRANTS PASS**,<br><br>Defendant. | Case No. 1:18-cv-01823-CL<br><br>**NOTICE OF WITHDRAWAL** |

Case 1:18-cv-01823-CL    Document 137    Filed 09/23/21    Page 2 of 3

PLEASE TAKE NOTICE that I, Tharuni A. Jayaraman, am hereby withdrawing my appearance as counsel for Amicus Curiae National Law Center on Homelessness & Poverty ("Amicus"). I will no longer be associated with the firm Dechert LLP. Nicolle L. Jacoby from Dechert LLP will continue to represent Amicus as counsel of record in this matter.

Dated: September 23, 2021
Washington, DC

Respectfully submitted,

*/s/ Tharuni A. Jayaraman\**
Tharuni A. Jayaraman
Dechert LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 261-3330
tharuni.jayaraman@dechert.com

*Admitted Pro Hac Vice

*Attorney for Amicus Curiae National Law Center on Homelessness & Poverty*

**Notice of Withdrawal**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of September, 2021, I filed the foregoing document using the Court's CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                                          */s/ Tharuni A. Jayaraman*