Aaron P. Hisel, OSB #161265
*aaron@montoyahisellaw.com*
Law Offices of Montoya, Hisel and Associates
901 Capitol St. NE
Salem, OR 97301
  Telephone: (503) 480-7250
  Fax: (503) 779-2716
    Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

DEBRA BLAKE, an individual, on behalf of
herself and all others similarly situated,

Case No. 1:18-cv-01823-CL

Plaintiff,

**JOINT STATUS REPORT**

v.

CITY OF GRANTS PASS,

Defendant.

Pursuant to the Court's February 2, 2023, Order (ECF 142), the parties submit the

following Joint Status Report:

The parties have conferred regarding the contents of this report. Defendants-Appellants

have filed a petition for en banc review with the Ninth Circuit**.** Plaintiffs-Appellees were asked to

submit a response to that petition, which was filed with the Ninth Circuit on January 10, 2023. At

this time, the parties do not have any indication when a ruling will be issued on the petition for

rehearing.

DATED this 2nd day of May, 2023.

s/ Aaron P. Hisel
Aaron P. Hisel, OSB #161265
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing JOINT STATUS REPORT on:

Walter F. Fonseca
Oregon Law Center
P.O. Box 429
Grants Pass, OR 97528

Nicolle Jacoby
Dechert, LLP
1095 Avenue of The Americas
27th Floor Mailroom
New York, NY 10036

Edward Johnson
Oregon Law Center
522 SW 5th Ave., Ste. 812
Portland, OR 97204
    Attorneys for Plaintiffs

Tharuni Jayaraman
Dechert LLP
1900 K Street NW
Washington, DC 20006

Anna M. Joyce
Stanton R. Gallegos
Markowitz Herbold PC
1455 SW Broadway, Ste. 1900
Portland, OR 97201
    Attorneys for Amicus
    League of Oregon Cities

Tristia Dauman
National Law Center on Homelessness & Poverty
District of Columbia
2000 M Street NW, Ste. 210
Washington, DC 20036

Beth Ann Creighton
Creighton & Rose, PC
Powers Building
65 SW Yamhill Street, Ste. 300
Portland, OR 97204
    Attorneys for Amicus National Law
    Center on Homelessness & Poverty

by the following indicated method or methods:

☒    by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

    by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

    by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to each attorney's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 2nd day of May, 2023.

                    s/ Aaron P. Hisel
                 Aaron P. Hisel, OSB #161265
                 Attorney for Defendants

CERTIFICATE OF SERVICE