**FILED**

JUL 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

GLORIA JOHNSON; JOHN LOGAN, individuals, on behalf of themselves and all others similarly situated,

        Plaintiffs-Appellees,

v.

CITY OF GRANTS PASS,

        Defendant-Appellant.

No.  20-35752
       20-35881

D.C. No. 1:18-cv-01823-CL
District of Oregon,
Medford

ORDER

Before: GOULD and COLLINS, Circuit Judges, and SILVER,[*] District Judge.

Defendant-Appellant's motion to stay the mandate (Dkt. 101) is **GRANTED**. Per the motion, the time to file a request for attorneys' fees is **EXTENDED** until 14 days after the stay of the mandate expires.

---

    [*]    The Honorable Roslyn O. Silver, United States District Judge for the District of Arizona, sitting by designation.