Aaron P. Hisel, OSB #161265
*aaron@capitol.legal*
Capitol Legal Services, LLC
901 Capitol St. NE
Salem, OR  97301
   Telephone: (503) 480-7250
   Fax: (503) 779-2716
     Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| DEBRA BLAKE, an individual, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>CITY OF GRANTS PASS,<br><br>              Defendant. | Case No. 1:18-cv-01823-CL<br><br>**JOINT STATUS REPORT** |

Since the last status report on May 2, 2023 (ECF 144), the Ninth Circuit denied rehearing en banc. The City petitioned for certiorari with the Supreme Court and it was placed on the Supreme Court's Docket on August 25, 2023. (Dkt. No. 23-175).

DATED this 29th day of August, 2023.

                                                          s/Aaron P. Hisel
                                                          Aaron P. Hisel, OSB #161265
                                                          Attorney for Defendants

Page 1 – **JOINT STATUS REPORT**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing JOINT STATUS REPORT on:

Walter F. Fonseca
Oregon Law Center
P.O. Box 429
Grants Pass, OR 97528

Edward Johnson
Oregon Law Center
522 SW 5th Ave., Ste. 812
Portland, OR 97204
    Attorneys for Plaintiffs

Anna M. Joyce
Stanton R. Gallegos
Markowitz Herbold PC
1455 SW Broadway, Ste. 1900
Portland, OR 97201
    Attorneys for Amicus
    League of Oregon Cities

Nicolle Jacoby
Dechert, LLP
1095 Avenue of The Americas
27th Floor Mailroom
New York, NY 10036

Tharuni Jayaraman
Dechert LLP
1900 K Street NW
Washington, DC 20006

Tristia Dauman
National Law Center on Homelessness & Poverty
District of Columbia
2000 M Street NW, Ste. 210
Washington, DC 20036

Beth Ann Creighton
Creighton & Rose, PC
Powers Building
65 SW Yamhill Street, Ste. 300
Portland, OR 97204
    Attorneys for Amicus National Law
    Center on Homelessness & Poverty

by the following indicated method or methods:

☒     by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

       by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

       by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to each attorney's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 29th day of August, 2023.

                                             s/Aaron P. Hisel
                                       Aaron P. Hisel, OSB #161265
                                       Attorney for Defendants