# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 28, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  City of Grants Pass, Oregon
           v. Gloria Johnson, et al., on Behalf of Themselves and All Others
          Similarly Situated
          No. 23-175
          (Your No. 20-35752, 20-35881)

Dear Clerk:

The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**Scott S. Harris**, Clerk

by