IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| DEBRA BLAKE, GLORIA JOHNSON, JOHN LOGAN, individuals, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF GRANTS PASS,<br><br>    Defendant. | Case No. 1:18-cv-01823-CL<br><br><br><br>**ORDER** |

CLARKE, Magistrate Judge.

This case comes before the Court on the parties' Stipulated Joint Motion for Order Approving Settlement Agreement (#154). The motion is GRANTED. If the Court of Appeals for the Ninth Circuit remands this case for the purpose of approving the compromise being proposed by the parties, this Court would approve that compromise.

It is so ORDERED and DATED this __17__ day of September, 2024.

                                                                         MARK D. CLARKE
                                                                         United States Magistrate Judge