# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

DEBRA BLAKE, an individual, on behalf of herself and all others similarly situated,

          Plaintiff,

v.

CITY OF GRANTS PASS,

          Defendant.

Case No. 1:18-cv-01823-CL

**ORDER APPROVING SETTLEMENT**

This matter came before the Court on the parties' Stipulated Motion for Order Approving Settlement Agreement (ECF 154). The Court having previously approved an indicative ruling (ECF 155) and the Court of Appeals having remanded for the purpose of approving the settlement (ECF 156), **IT IS HEREBY ORDERED**:

1. The parties Stipulated Motion for Order Approving Settlement Agreement (ECF 154) is **GRANTED**;

2. The Court's previous Judgments (ECF 114, and ECF 132) are hereby **VACATED**; and

3. The Court having been informed by counsel for the parties that this action has been settled, **IT IS ORDERED** that, pursuant to LR 41-1, this action is dismissed with prejudice and without costs, and with leave, upon good cause shown within sixty (60)

Page 1 –   **ORDER APPROVING SETTLEMENT AGREEMENT**

days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.

It is so ORDERED and DATED this ___7___ day of October, 2024.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 2 –   **ORDER APPROVING SETTLEMENT AGREEMENT**